ROBERT W. FERGUSON
*Attorney General*

RENE D. TOMISSER, WSBA #17509
*Senior Counsel*
JEFFREY T. SPRUNG, WSBA #23607
ZACHARY P. JONES, WSBA #44557
JOSHUA WEISSMAN, WSBA #42648
PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
BRYAN M.S. OVENS, WSBA #32901*
    **Admission pending*
*Assistant Attorneys General*
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT RICHLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al., | NO. 4:19-cv-05210-RMP |
| Plaintiffs, | ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a federal agency, et al. | |
| | [PROPOSED] |
| Defendants. | NOTED FOR: OCTOBER 3, 2019 With Oral Argument at 10:00 a.m. |

This matter came before the Court on Plaintiff States' Motion for § 705 Stay Pending Judicial Review or for Preliminary Injunction. The Court has considered all of the following:

ORDER GRANTING PLAINTIFF
STATES' MOTION FOR § 705
STAY PENDING JUDICIAL
REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

1

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1. Plaintiff States' Motion for § 705 Stay Pending Judicial Review or for Preliminary Injunction (ECF No. _____) with supporting declarations and exhibits;

2. Defendants' Response to Plaintiff States' Motion for § 705 Stay Pending Judicial Review or for Preliminary Injunction (ECF No. _____);

3. Plaintiff States' Reply in Support of Motion for § 705 Stay Pending Judicial Review or for Preliminary Injunction (ECF No. _____); and

4. The entire record in the above-captioned matter.

Being fully apprised of the matter, now, therefore, it is hereby

ORDERED, ADJUDGED, AND DECREED that Plaintiff States' Motion for § 705 Stay Pending Judicial Review or for Preliminary Injunction is hereby GRANTED.

The Court finds that the Plaintiff States have established a likelihood of success on the merits of its claims under the Administrative Procedure Act, that they would suffer irreparable harm absent preliminary injunctive relief, and that the balance of equities and the public interest weigh in favor of an injunction.

The Court therefore, pursuant to 5 U.S.C. § 705, hereby STAYS the implementation of the U.S. Department of Homeland Security's (DHS) Rule entitled *Inadmissibility on Public Charge Grounds*, 84 Fed. Reg. 41,292 (August 14, 2019) in its entirety, pending entry of a final judgment on the

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

2

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

Plaintiff States' APA claims. The effective date of the Final Rule is POSTPONED pending conclusion of these review proceedings.

Furthermore, the Court hereby GRANTS a nationwide preliminary injunction against the implementation of the Rule. The Court finds that any injunction must apply universally to workably maintain the status quo and adequately protect the Plaintiff States from irreparable harm. If it were to take effect, the Final Rule would irreparably injure the Plaintiff States' public health, education, and social welfare systems by, inter alia, causing immigrants and their families to disenroll from—or forego enrollment in—critical public assistance programs, including Medicaid, SNAP, and Section 8 housing assistance. Those "chilling effects" would cause significant and uncompensable costs to the Plaintiff State and have devastating consequences for the health and welfare of their residents.

Limiting the scope of the injunction to the 14 Plaintiff States would not prevent those harms to the Plaintiff States, for several reasons. First, any immigrant residing in one of the Plaintiff States who may in the future wish move to another state not among them would be deterred from accessing public benefits if relief were limited in geographic scope. Second, a geographically limited injunction could spur immigrants now living elsewhere to move to one of the Plaintiff States, compounding their economic injuries to accommodate a surge in social services enrollees. Third, if the injunction applied only in the 14 Plaintiff

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

3

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1   States, a lawful permanent resident returning to the United States from a trip
2   abroad of more than 180 days would be subject to DHS's new Public Charge
3   Rule at a point of entry. Therefore, the scope of the injunction must be universal
4   to afford the Plaintiff States the relief to which they are entitled. *See, e.g.*,
5   *California v. Azar*, 911 F.3d 558, 582 (9th Cir. 2018) ("Although there is no bar
6   against nationwide relief in federal district court . . . such broad relief must be
7   *necessary* to give prevailing parties the relief to which they are entitled.")
8   (internal quotation marks and citation omitted).

9   Additionally, the Court finds that a broad injunction is necessary to ensure
10  "uniformity in immigration policy." *Regents of the Univ. of Cal. v. U.S. Dep't of*
11  *Homeland Sec.*, 908 F.3d 476, 511 (9th Cir. 2018). "Congress has instructed that
12  the immigration laws of the United States should be enforced vigorously and
13  *uniformly*; and the Supreme Court has described immigration policy as a
14  comprehensive and *unified* system." *Id.* (citations and internal quotation marks
15  omitted). An injunction limited to the 14 Plaintiff States would create a
16  patchwork immigration regime in which DHS's longstanding former policies
17  guiding public charge determinations would apply in more than one-fourth of the
18  states (or more, depending on the preliminary relief issued by other courts in
19  related cases), while its new Public Charge Rule would apply elsewhere. Even
20  assuming Defendants could effectively administer such a dual system, it would
21  necessarily entail applying vastly different adjudicatory standards to similarly
22

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED] NO. 4:19-cv-05210-RMP

4

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1  situated applicants for visas or green cards, based solely on the state in which
2  they reside. Creating such an arbitrary, two-tiered immigration system—even as
3  a temporary measure—would be unjust and impractical, and thus inconsistent
4  with this Court's duties in exercising its equitable powers.

5  Finally, the Court declines to limit the injunction to apply only in those
6  states within the U.S. Court of Appeals for the Ninth Circuit. In addition to the
7  reasons discussed above, a Ninth Circuit-only injunction would deprive 11 of the
8  14 Plaintiff States any relief at all. Those states—Colorado, Delaware, Illinois,
9  Maryland, Massachusetts, Michigan, Minnesota, New Jersey, New Mexico
10 Rhode Island, and Virginia—are located in four other judicial circuits (the First,
11 Third, Fourth, Seventh, Eighth, and Tenth Circuits) and would thus derive no
12 benefit whatsoever from relief limited to jurisdictions within the Ninth Circuit.

13 Thus, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure,
14 Defendants and their officers, agents, servants, employees, and attorneys, and any
15 person in active concert or participation with them, are hereby
16 PRELIMINARILY ENJOINED from implementing or enforcing the Rule
17 entitled *Inadmissibility on Public Charge Grounds*, 84 Fed. Reg. 41,292
18 (August 14, 2019), in any manner or in any respect, and shall preserve the status
19 quo pursuant to the regulations promulgated under 8 C.F.R. Parts 103, 212–14,
20 245, and 248, in effect as of the date of this order, until further order of the Court.
21
22

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED] NO. 4:19-cv-05210-RMP

5

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1   No bond shall be required pursuant to Federal Rule of Civil Procedure 65(c).

2   It is SO ORDERED.

3   ISSUED this _____ day of _____, 2019.

_____
THE HONORABLE ROSANNA MALOUF PETERSON

Presented by:

ROBERT W. FERGUSON
Attorney General of Washington

/s/ Jeffrey T. Sprung
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General
RENE D. TOMISSER, WSBA #17509
Senior Counsel
ZACHARY P. JONES, WSBA #44557
JOSHUA WEISSMAN, WSBA #42648
PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
BRYAN M.S. OVENS, WSBA #32901
Assistant Attorneys General
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285
Jeff.Sprung@atg.wa.gov
Rene.Tomisser@atg.wa.gov
Zach.Jones@atg.wa.gov
Joshua.Weissman@atg.wa.gov
Paul.Crisalli@atg.wa.gov
Nathan.Bays@atg.wa.gov
Bryan.Ovens@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

6

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1  MARK R. HERRING
   Attorney General of Virginia

2
   */s/ Michelle S. Kallen*
3  MICHELLE S. KALLEN, VSB #93286
   Deputy Solicitor General
4  RYAN SPREAGUE HARDY, VSB #78558
   ALICE ANNE LLOYD, VSB #79105
5  MAMOONA H. SIDDIQUI, VSB #46455
   Assistant Attorneys General
6  Office of the Attorney General
   202 North Ninth Street
7  Richmond, Virginia 23219
   (804) 786-7240
8  MKallen@oag.state.va.us
   RHardy@oag.state.va.us
9  ALloyd@oag.state.va.us
   MSiddiqui@oag.state.va.us
10 SolicitorGeneral@oag.state.va.us
   *Attorneys for Plaintiff Commonwealth of Virginia*
11
   PHIL WEISER
12 Attorney General of Colorado

13 */s/ Eric R. Olson*
   ERIC R. OLSON, #36414
14 Solicitor General
   Office of the Attorney General
15 Colorado Department of Law
   1300 Broadway, 10th Floor
16 Denver, CO 80203
   (720) 508 6548
17 Eric.Olson@coag.gov
   *Attorneys for Plaintiff the State of Colorado*

18

19

20

21

22

| | |
|---|---|
| 1 | KATHLEEN JENNINGS |
| | Attorney General of Delaware |
| 2 | AARON R. GOLDSTEIN |
| | State Solicitor |
| 3 | ILONA KIRSHON |
| | Deputy State Solicitor |
| 4 | |
| | */s/ Monica A. Horton* |
| 5 | MONICA A. HORTON, #5190 |
| | Deputy Attorney General |
| 6 | 820 North French Street |
| | Wilmington, DE  19801 |
| 7 | Monica.horton@delaware.gov |
| | *Attorneys for Plaintiff the State of Delaware* |
| 8 | |
| | |
| 9 | KWAME RAOUL |
| | Attorney General State of Illinois |
| 10 | |
| | */s/ Liza Roberson-Young* |
| 11 | LIZA ROBERSON-YOUNG, #6293643 |
| | Public Interest Counsel |
| 12 | Office of the Illinois Attorney General |
| | 100 West Randolph Street, 11th Floor |
| 13 | Chicago, IL 60601 |
| | (312) 814-5028 |
| 14 | ERobersonYoung@atg.state.il.us |
| | *Attorneys for Plaintiff State of Illinois* |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

8

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | CLARE E. CONNORS<br>Attorney General of Hawaiʻi |
| 2 | |
| 3 | /s/ Lili A. Young<br>LILI A. YOUNG, #5886<br>Deputy Attorney General |
| 4 | Department of the Attorney General<br>425 Queen Street |
| 5 | Honolulu, HI 96813<br>(808) 587-3050 |
| 6 | Lili.A.Young@hawaii.gov<br>*Attorneys for Plaintiff State of Hawaiʻi* |
| 7 | |
| 8 | BRIAN E. FROSH<br>Attorney General of Maryland |
| 9 | /s/ Jeffrey P. Dunlap |
| 10 | JEFFREY P. DUNLAP<br>D. MD Bar #20846<br>MD State Bar #1812100004 |
| 11 | Assistant Attorney General<br>200 St. Paul Place |
| 12 | Baltimore, MD 21202<br>T: (410) 576-6325 |
| 13 | F: (410) 576-6955<br>JDunlap@oag.state.md.us |
| 14 | *Attorneys for Plaintiff State of Maryland* |
| 15 | |
| 16 | MAURA HEALEY<br>Attorney General of Commonwealth of Massachusetts |
| 17 | /s/ Abigail B. Taylor<br>ABIGAIL B. TAYLOR, #670648 |
| 18 | Chief, Civil Rights Division<br>DAVID UREÑA, #703076 |
| 19 | Special Assistant Attorney General<br>ANGELA BROOKS, #663255 |
| 20 | Assistant Attorney General<br>Office of the Massachusetts Attorney General |
| 21 | One Ashburton Place<br>Boston, MA 02108 |
| 22 | |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

9

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

```
1   (617) 963-2232
    abigail.taylor@mass.gov
2   david.urena@mass.gov
    angela.brooks@mass.gov
3   Attorneys for Plaintiff Commonwealth of Massachusetts

4

    DANA NESSEL
5   Attorney General of Michigan

6   /s/Toni L. Harris
    FADWA A. HAMMOUD, #P74185
7   Solicitor General
    TONI L. HARRIS, #P63111
8   First Assistant Attorney General
    Michigan Department of Attorney General
9   P.O. Box 30758
    Lansing, MI 48909
10  (517) 335-7603 (main)
    HarrisT19@michigan.gov
11  Hammoudf1@michigan.gov
    Attorneys for the People of Michigan
12

13  KEITH ELLISON
    Attorney General of Minnesota
14
    /s/ R.J. Detrick
15  R.J. DETRICK, #0395336
    Assistant Attorney General
16  Minnesota Attorney General's Office
    Bremer Tower, Suite 100
17  445 Minnesota Street
    St. Paul, MN 55101-2128
18  (651) 757-1489
    (651) 297-7206
19  Rj.detrick@ag.state.mn.us
    Attorneys for Plaintiff State of Minnesota
20

21

22
```

ORDER GRANTING PLAINTIFF
STATES' MOTION FOR § 705
STAY PENDING JUDICIAL
REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

10

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1  AARON D. FORD
   Attorney General of Nevada
2
   /s/ Heidi Parry Stern
3  HEIDI PARRY STERN, #8873
   Solicitor General
4  Office of the Nevada Attorney General
   555 E. Washington Ave., Ste. 3900
5  Las Vegas, NV 89101
   HStern@ag.nv.gov
6  Attorneys for Plaintiff State of Nevada

7

   GURBIR SINGH GREWAL
8  Attorney General of New Jersey

9  /s/ Glenn J. Moramarco
   GLENN J. MORAMARCO, #030471987
10 Assistant Attorney General
   Office of the Attorney General
11 Richard J. Hughes Justice Complex
   25 Market Street, 1st Floor, West Wing
12 Trenton, NJ 08625-0080
   (609) 376-3232
13 Glenn.Moramarco@law.njoag.gov
   Attorneys for Plaintiff State of New Jersey
14

15 HECTOR BALDERAS
   Attorney General of New Mexico
16
   /s/ Tania Maestas
17 TANIA MAESTAS, #20345
   Chief Deputy Attorney General
18 P.O. Drawer 1508
   Santa Fe, New Mexico 87504-1508
19 tmaestas@nmag.gov
   Attorneys for Plaintiff State of New Mexico
20

21

22

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED]
NO. 4:19-cv-05210-RMP

11

| | |
|---|---|
| 1 | PETER F. NERONHA<br>Attorney General of Rhode Island |
| 2 | |
| 3 | /s/ Lauren E. Hill<br>LAUREN E. HILL, #9830<br>Special Assistant Attorney General |
| 4 | Office of the Attorney General<br>150 South Main Street |
| 5 | Providence, Rhode Island 02903<br>(401) 274-4400 x 2038 |
| 6 | E-mail:  lhill@riag.ri.gov<br>*Attorneys for Plaintiff State of Rhode Island* |

ORDER GRANTING PLAINTIFF STATES' MOTION FOR § 705 STAY PENDING JUDICIAL REVIEW OR FOR PI [PROPOSED] NO. 4:19-cv-05210-RMP

12

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285