Matt Adams
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue
Suite 400
Seattle, WA 98104
(206) 957-8611

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| STATE OF WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; ATTORNEY GENERAL DANA NESSEL ON BEHALF OF THE PEOPLE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; and STATE OF RHODE ISLAND,<br><br>             Plaintiffs,<br>vs.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. McALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KENNETH T. CUCCINELLI II, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>             Defendants. | No. 4:19-cv-05210-RMP<br><br>MOTION FOR ADMISSION OF KRISTYN BUNCE DeFILIPP *PRO HAC VICE* |

MOTION FOR ADMISSION
*PRO HAC VICE*

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

=<!-- -->

I, Matt Adams, move this Court, pursuant to Local Rule 83.2(c), for an Order allowing the admission of Kristyn Bunce DeFilipp, a member in good standing of the Massachusetts Supreme Judicial Court, and admitted to practice before the United States District Court for the District of Massachusetts, the United States Court of Appeals for the First Circuit, and the United States Court of Appeals for Veterans Claims, as an attorney *pro hac vice* for *amici curiae* in support of Plaintiffs. Pursuant to Local Rule 83.2(c)(3), the applicant for *pro hac vice* admission provides the following information:

```
Name:                  Kristyn Bunce DeFilipp
Address:               Foley Hoag LLP
                       155 Seaport Boulevard
                       Boston, MA 02210-2600
Phone:                 (617) 832-1000
Dates of admission:    Massachusetts – 11/30/2009
                       U.S. Court of Appeals for the First Circuit – 2010
                       U.S. District Court for the District of
                       Massachusetts – 2010
                       U.S. Court of Appeals for Veteran Claims – 2014
```

As provided in Local Rule 83.2(c)(1), the undersigned counsel is cognizant of his duties as local counsel to participate meaningfully in all phases of the case, including, but not limited to, signing all pleadings, motions, and other papers prior to filing. The applicants for *pro hac vice* admission are particularly positioned to provide counsel as *amici curiae* in support the named Plaintiffs in this case, as they

MOTION FOR ADMISSION
*PRO HAC VICE* - 1

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

practice in states represented in this lawsuit. The applicants possess knowledge specific to this case, and their appearance as counsel is therefore necessary.

This motion is submitted herewith along with a proposed order.

DATED this 9th day of September, 2019.

<div style="text-align:right">

By: s/Matt Adams
Matt Adams, WSBA #28287
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
matt@nwirp.org
*Attorney for Amici Curiae*

</div>

MOTION FOR ADMISSION
*PRO HAC VICE* - 2

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611

CERTIFICATE OF SERVICE

I, Matt Adams, hereby certify that on this 9th day of September, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| State of Washington | rene.tomisser@atg.wa.gov |
| | Jeff.sprung@atg.wa.gov |
| | Joshua.weissman@atg.wa.gov |
| | Nathan.bays@atg.wa.gov |
| | Paulc1@atg.wa.gov |
| | Zach.jones@atg.wa.gov |
| Commonwealth of Virginia | alloyd@oag.state.va.us |
| | rhardy@oag.state.va.us |
| State of Delaware | Monica.horton@delaware.gov |
| State of Maryland | jdunlap@oag.state.md.us |
| Dana Nessel | hammoudf1@michigan.gov |
| | Harrist19@michigan.gov |
| State of Minnesota | rj.detrick@ag.state.mn.us |
| State of New Jersey | Glenn.moramarco@law.njoag.gov |
| State of New Mexico | tmaestas@nmag.gov |
| State of Rhode Island | Lhill@riag.ri.gov |

And I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: None.

Dated: September 9, 2019

MOTION FOR ADMISSION  
*PRO HAC VICE* - 3

NORTHWEST IMMIGRANT RIGHTS PROJECT  
615 Second Avenue, Suite 400  
Seattle, WA 98104  
(206) 957-8611

s/Matt Adams
Matt Adams
NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
Phone: (206) 957-8611
matt@nwirp.org

MOTION FOR ADMISSION
*PRO HAC VICE* - 4

NORTHWEST IMMIGRANT RIGHTS PROJECT
615 Second Avenue, Suite 400
Seattle, WA 98104
(206) 957-8611