Douglas C. Ross, WSBA #12811
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700
Email: douglasross@dwt.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT RICHLAND

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>             Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>             Defendants. | No. 4:19-cv-05210-RMP<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

      PLEASE TAKE NOTICE that, effective this date, without waiving any defenses or objections, including but not limited to those regarding jurisdiction and venue, the undersigned attorney is appearing as counsel for American Hospital Association, America's Essential Hospitals, Association of American Medical Colleges, Catholic Health Association of the United States, The Children's Hospital Association, and The Federation of American Hospitals, and requests that

NOTICE OF APPEARANCE – 1
Case No. 4:19-cv-05210-RMP

4830-8091-7925v.1 0012679-000006

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

all future papers or pleadings except original process be served upon its said attorneys at the address stated below.

DATED this 13th day of September, 2019.

Davis Wright Tremaine LLP

By *s/ Douglas C. Ross*
Douglas C. Ross, WSBA No. 12811
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700
Email: douglasross@dwt.com

*Attorneys for Amici Curiae American Hospital Association, America's Essential Hospitals, Association of American Medical Colleges, Catholic Health Association of the United States, The Children's Hospital Association, and The Federation of American Hospitals*

NOTICE OF APPEARANCE – 2
Case No. 4:19-cv-05210-RMP

4830-8091-7925v.1 0012679-000006

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system.

DATED this 13th day of September, 2019.

          Davis Wright Tremaine LLP

          By *s/ Douglas C. Ross*
              Douglas C. Ross, WSBA No. 12811

NOTICE OF APPEARANCE – 3
Case No. 4:19-cv-05210-RMP

4830-8091-7925v.1 0012679-000006

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax