Christopher B. Durbin (WSBA No. 41159)
1700 Seventh Ave., Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

*Attorneys for proposed amici curiae* AMERICAN ACADEMY OF PEDIATRICS, AMERICAN MEDICAL ASSOCIATION, AMERICAN COLLEGE OF PHYSICIANS, WASHINGTON CHAPTER OF AMERICAN ACADEMY OF PEDIATRICS, and WASHINGTON STATE MEDICAL ASSOCIATION

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>Defendants. | Case No. 4:19-cv-5210-RMP<br><br>**MOTION OF AMERICAN ACADEMY OF PEDIATRICS, AMERICAN MEDICAL ASSOCIATION, AMERICAN COLLEGE OF PHYSICIANS, WASHINGTON CHAPTER OF THE AMERICAN ACADEMY OF PEDIATRICS, AND WASHINGTON STATE MEDICAL ASSOCIATION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>NOTING DATE: October 15, 2019<br><br>Without Oral Argument |

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF
I/S/O PLTF.'S MOTION FOR PRELIM. INJUNCTION        1
CASE NO. 4:19-cv-5210-RMP

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the American Academy of Pediatrics ("AAP"), the American Medical Association ("AMA") the American College of Physicians ("ACP"), the Washington Chapter of the American Academy of Pediatrics ("WCAAP"), and the Washington State Medical Association ("WSMA") (collectively "*amici*"), respectfully move the Court for leave to file the accompanying brief of *amici curiae*. The brief supports Plaintiff's Motion for Preliminary Injunction. Plaintiffs consent to Amici's motion and Defendants do not object to Amici's motion. The proposed brief is appended as Exhibit 1 to this motion.

## I. LEGAL STANDARD

"The district court has broad discretion to appoint amici curiae." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). "An amicus brief should normally be allowed . . . when the amicus has unique information or perspective that can help the court beyond the help that the lawyers for the parties are able to provide." *Cmty. Ass'n for Restoration of Env't (CARE) v. DeRuyter Bros. Dairy*, 54 F. Supp. 2d 974, 975 (E.D. Wash. 1999). To "fulfill [its] role" *amici curiae* should submit "briefing designed to supplement and assist in cases of general public interest, supplement the efforts of counsel, and draw the court's attention to law that might otherwise escape consideration." *Id*. at 975 (citing *Miller-Wohl Co. v. Commissioner of Labor & Indus.*, 694 F.2d 203, 204 (9th Cir. 1982)). The medical organizations filing this motion offer a unique and important perspective on the issues before the Court, and for the reasons stated below, request leave to file a brief as amici curiae.

## II. IDENTITY OF PROPOSED *AMICUS CURIAE* AND STATEMENT OF INTEREST

Proposed *amici* are professional medical organizations that provide a range of medical services, support services, and advocacy for their patients. Proposed *Amici* have a substantial interest in the Court's resolution of this case because the issues this

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF
I/S/O PLTF.'S MOTION FOR PRELIM. INJUNCTION
CASE NO. 4:19-cv-5210-RMP

2

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

Court will decide have a direct impact on the health of vulnerable populations, such as children, pregnant women, and persons who are disabled or those who suffer from chronic illnesses. These medical organizations are uniquely positioned to understand and appreciate the impact of the Public Charge Regulation on the health of vulnerable populations, and have observed the negative effects of the Public Charge Regulation on the populations they serve.

Proposed *amici* include the following professional medical organizations:

- American Academy of Pediatrics ("AAP")
- American Medical Association ("AMA")
- American College of Physicians ("ACP")
- Washington Chapter of the American Academy of Pediatrics ("WCAAP")
- Washington State Medical Association ("WSMA")

### III.  AMICI CURIAE'S UNIQUE PERSPECTIVE WILL HELP THE COURT

Proposed *amici*'s brief will assist the Court by providing important information about the harmful and disproportionate impact of the Public Charge Regulation on the health of vulnerable members of the immigrant communities, including children, pregnant and postpartum women, and persons suffering from disabilities and chronic health conditions. In particular, proposed *amici* are organizations of medical providers, such as pediatricians, physicians, residents and medical students, who have first-hand knowledge of how disincentivising essential medical benefits such as Medicaid, nutrition benefits such as SNAP, and housing assistance impacts the health of non-citizen immigrants and their families.

The brief of proposed *amici* also describes the harmful effects of the Public Charge Regulation on the vulnerable populations of the immigrant communities. Under the ambiguous "totality of circumstances" test of the Public Charge Regulation, there is an increased likelihood that children, pregnant and postpartum women, and persons suffering from disabilities and chronic health conditions are or will be designated a public charge. The fear of being designated a public charge is blocking and

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF
I/S/O PLTF.'S MOTION FOR PRELIM. INJUNCTION
CASE NO. 4:19-cv-5210-RMP

3

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

disincentivizing access to necessary medical, nutrition and housing benefits, and endangers the health and safety of the present and next generations of immigrant communities. Proposed *amici*, medical organizations that provide medical services, advocate and have regular contact with the immigrant community are well-positioned to provide a unique perspective on the pervasive nature of these harms to this Court.

## IV. CONCLUSION

Proposed *amici* have a concrete interest in the outcome of this case. Their brief presents the valuable perspective of members of medical organizations who treat and support vulnerable populations of immigrant communities, including children, pregnant and postpartum women, and persons suffering from disabilities and chronic health conditions, affected by the Public Charge Regulation. Their knowledge and perspective is relevant to the disposition of the issues before Court. For these reasons, proposed *amici* respectfully request that the Court grant their Motion for Leave to File a Brief as *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted this 13th day of September, 2019.

By: */s/ Christopher B. Durbin*
Christopher B. Durbin (WSBA No. 41159)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Tel.: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

Susan Krumplitsch (*pro hac vice* pending)
Elizabeth Stameshkin (*pro hac vice* pending)
Priya Arora (*pro hac vice* pending)
COOLEY LLP
3175 Hanover Street
Palo Alto, CA 94304-1130
Tel.: (650) 843-5000
Fax: (650) 849-7400
Email: skrumplitsch@cooley.com
        lstameshkin@cooley.com
        parora@cooley.com

*Attorneys for proposed amici curiae* AMERICAN ACADEMY OF PEDIATRICS, AMERICAN MEDICAL ASSOCIATION, AMERICAN COLLEGE OF PHYSICIANS, WASHINGTON CHAPTER OF AMERICAN ACADEMY OF PEDIATRICS, and

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF I/S/O PLTF.'S MOTION FOR PRELIM. INJUNCTION
CASE NO. 4:19-cv-5210-RMP

4

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

WASHINGTON STATE MEDICAL ASSOCIATION

MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF
I/S/O PLTF.'S MOTION FOR PRELIM. INJUNCTION
CASE NO. 4:19-cv-5210-RMP

5

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

# CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered uses of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*/s/ Christopher B. Durbin*
Christopher B. Durbin

**CERTIFICATE OF SERVICE**
CASE NO. 4:19-CV-5210-RMP

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700