1
2
3
4

Christopher B. Durbin (WSBA No. 41159)
1700 Seventh Ave., Suite 1900
Seattle, WA  98101-1355
Telephone: (206) 452-8700
Fax: (206) 452-8800
Email: cdurbin@cooley.com

5
6
7

*Attorneys for proposed amici curiae* AMERICAN
ACADEMY OF PEDIATRICS, AMERICAN MEDICAL
ASSOCIATION, AMERICAN COLLEGE OF PHYSICIANS,
WASHINGTON CHAPTER OF AMERICAN ACADEMY OF
PEDIATRICS, and WASHINGTON STATE MEDICAL
ASSOCIATION

8

9
10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

11
12
13
14
15
16
17
18
19
20
21

STATE OF WASHINGTON, *et al.,*

            Plaintiffs,

      v.

UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, *et al.,*

            Defendants.

Case No.  4:19-cv-05210-RMP

[PROPOSED] ORDER GRANTING
MOTION OF AMERICAN ACADEMY
OF PEDIATRICS, AMERICAN
MEDICAL ASSOCIATION,
AMERICAN COLLEGE OF
PHYSICIANS, WASHINGTON
CHAPTER OF THE AMERICAN
ACADEMY OF PEDIATRICS, AND
WASHINGTON STATE MEDICAL
ASSOCIATION FOR LEAVE TO FILE
BRIEF AS *AMICI CURIAE* IN
SUPPORT OF PLAINTIFFS' MOTION
FOR PRELIMINARY INJUNCTION

NOTING DATE:  October 15, 2019

Without Oral Argument

22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING MOTION
FOR LEAVE TO FILE AMICI CURIAE BRIEF
CASE NO. 4:19-CV-5210-RMP

1

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700

The Court, having read and considered the Motion of American Academy of Pediatrics, the American Medical Association,  the American College of Physicians, the Washington Chapter of the American Academy of Pediatrics, and the Washington State Medical Association for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction, finds that proposed *amici*'s participation in the above-captioned matters is relevant and desirable to the Court's disposition of the issues.

Accordingly, the Court hereby GRANTS proposed *amici*'s Motion of American Academy of Pediatrics, American Medical Association, the American College of Physicians, the Washington Chapter of the American Academy of Pediatrics, and the Washington State Medical Association for Leave to File Brief as *Amici Curiae* in Support of Plaintiffs' Motion for Preliminary Injunction.

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2019

HON. ROSANNA MALOUF PETERSON
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE AMICI CURIAE BRIEF
CASE NO. 4:19-cv-5210-RMP

2

COOLEY LLP
1700 Seventh Ave, Ste. 1900
Seattle, WA 98101-1355
(206) 452-8700