ROBERT W. FERGUSON
*Attorney General*

RENE D. TOMISSER, WSBA #17509
*Senior Counsel*
JEFFREY T. SPRUNG, WSBA #23607
ZACHARY P. JONES, WSBA #44557
JOSHUA WEISSMAN, WSBA #42648
PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
BRYAN M.S. OVENS, WSBA #32901
*Assistant Attorneys General*
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

*[Additional counsel on signature page]*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a federal agency, et al. <br><br> Defendants. | NO. 4:19-cv-05210-RMP <br><br> PLAINTIFF STATES' UNOPPOSED MOTION TO EXCEED PAGE LIMITS FOR REPLY BRIEF <br><br> NOTED FOR: September 27, 2019 <br> Without Oral Argument |

Plaintiffs State of Washington, *et al.*, respectfully move, pursuant to E.D. Wash. LCivR 7(f)(5), to file an overlength reply brief in support of their motion for § 705 stay pending judicial review or for preliminary injunction. Plaintiffs also move pursuant to E.D. Wash. LCivR 7(i)(2)(C) for expedited consideration

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

1

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

of this motion.

On August 30, 2019, the Court entered an order granting the Plaintiff States and Defendants (DHS) up to 60 pages for their briefs in support of and opposition Plaintiffs' motion for a § 705 stay or preliminary injunction. ECF No. 24. The Court's order did not address the length of the Plaintiff States' reply to DHS's opposition brief. On September 20, 2019, DHS filed a 60-page opposition to the Plaintiff States' motion. Plaintiffs now respectfully request leave to file a reply brief in support of their motion of no more than 30 pages.

<u>Excess page limitations.</u> This is a complex case, and full briefing of the Plaintiff States' reply brief will require more than the ten pages permitted by the local rules. The statutory and regulatory scheme that governs the immigration matters at issue in this case are highly complex. Likewise, the Final Rule itself is complex. The parties' briefs address numerous complex issues, including standing, ripeness, statutory history and meaning of the term "public charge," whether agency action is arbitrary and capricious in light of the administrative record, and irreparable injury. Further, the standards under 5 U.S.C. § 705 and Fed. R. Civ. P. 65 are complex. Plaintiff States will require in excess of the page limits in the local rules for a reply to fully address DHS's opposition brief.

<u>Expedited consideration.</u> Good cause exists for expedited consideration of this motion because the Plaintiff States' reply brief is due on Friday, September 27. The normal time requirements in E.D. Wash. LCivR 7(i)(2) would not allow

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

2

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1   this motion to be heard before the Plaintiff States were required to file their reply.

2   <u>Opposing party's position.</u> Pursuant to E.D. Wash. LCivR 7(f)(5), counsel
3   for the Plaintiffs States is authorized to state that Defendants do not oppose this
4   motion to exceed page limits.

5   For the foregoing reasons, the Plaintiff States request leave to file a reply
6   in support of their motion for § 705 stay pending judicial review or for
7   preliminary injunction of no more than 30 pages. A proposed order is submitted
8   herewith.

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

3

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

RESPECTFULLY SUBMITTED this 25th day of September, 2019.

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General
RENE D. TOMISSER, WSBA #17509
Senior Counsel
ZACHARY P. JONES, WSBA #44557
JOSHUA WEISSMAN, WSBA #42648
PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
BRYAN M.S. OVENS, WSBA #32901
Assistant Attorneys General
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285
Jeff.Sprung@atg.wa.gov
Rene.Tomisser@atg.wa.gov
Zach.Jones@atg.wa.gov
Joshua.Weissman@atg.wa.gov
Paul.Crisalli@atg.wa.gov
Nathan.Bays@atg.wa.gov
Bryan.Ovens@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

4

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | MARK R. HERRING<br>Attorney General of Virginia |
| 2 | |
| 3 | */s/ Michelle S. Kallen*<br>MICHELLE S. KALLEN, VSB #93286<br>Deputy Solicitor General |
| 4 | RYAN SPREAGUE HARDY, VSB #78558<br>ALICE ANNE LLOYD, VSB #79105 |
| 5 | MAMOONA H. SIDDIQUI, VSB #46455<br>Assistant Attorneys General |
| 6 | Office of the Attorney General<br>202 North Ninth Street |
| 7 | Richmond, Virginia 23219<br>(804) 786-7240 |
| 8 | MKallen@oag.state.va.us<br>RHardy@oag.state.va.us |
| 9 | ALloyd@oag.state.va.us<br>MSiddiqui@oag.state.va.us |
| 10 | SolicitorGeneral@oag.state.va.us<br>*Attorneys for Plaintiff Commonwealth of Virginia* |
| 11 | |
| 12 | PHIL WEISER<br>Attorney General of Colorado |
| 13 | |
| 14 | */s/ Eric R. Olson*<br>ERIC R. OLSON, #36414<br>Solicitor General |
| 15 | Office of the Attorney General<br>Colorado Department of Law |
| 16 | 1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| 17 | (720) 508 6548<br>Eric.Olson@coag.gov |
| 18 | *Attorneys for Plaintiff the State of Colorado* |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

5

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | KATHLEEN JENNINGS |
| | Attorney General of Delaware |
| 2 | AARON R. GOLDSTEIN |
| | State Solicitor |
| 3 | ILONA KIRSHON |
| | Deputy State Solicitor |
| 4 | |
| | */s/ Monica A. Horton* |
| 5 | MONICA A. HORTON, #5190 |
| | Deputy Attorney General |
| 6 | 820 North French Street |
| | Wilmington, DE  19801 |
| 7 | Monica.horton@delaware.gov |
| | *Attorneys for Plaintiff the State of Delaware* |
| 8 | |
| | |
| 9 | KWAME RAOUL |
| | Attorney General State of Illinois |
| 10 | |
| | */s/ Liza Roberson-Young* |
| 11 | LIZA ROBERSON-YOUNG, #6293643 |
| | Public Interest Counsel |
| 12 | Office of the Illinois Attorney General |
| | 100 West Randolph Street, 11th Floor |
| 13 | Chicago, IL 60601 |
| | (312) 814-5028 |
| 14 | ERobersonYoung@atg.state.il.us |
| | *Attorneys for Plaintiff State of Illinois* |
| 15 | |
| | |
| 16 | CLARE E. CONNORS |
| | Attorney General of Hawaiʻi |
| 17 | |
| | */s/ Lili A. Young* |
| 18 | LILI A. YOUNG, #5886 |
| | Deputy Attorney General |
| 19 | Department of the Attorney General |
| | 425 Queen Street |
| 20 | Honolulu, HI  96813 |
| | (808) 587-3050 |
| 21 | Lili.A.Young@hawaii.gov |
| | *Attorneys for Plaintiff State of Hawaiʻi* |
| 22 | |

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

6

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | BRIAN E. FROSH |
|   | Attorney General of Maryland |
| 2 | |
|   | */s/ Jeffrey P. Dunlap* |
| 3 | JEFFREY P. DUNLAP |
|   | D. MD Bar #20846 |
| 4 | MD State Bar #1812100004 |
|   | Assistant Attorney General |
| 5 | 200 St. Paul Place |
|   | Baltimore, MD 21202 |
| 6 | T: (410) 576-6325 |
|   | F: (410) 576-6955 |
| 7 | JDunlap@oag.state.md.us |
|   | *Attorneys for Plaintiff State of Maryland* |
| 8 | |
| 9 | MAURA HEALEY |
|   | Attorney General of Commonwealth of Massachusetts |
| 10 | |
|   | */s/ Abigail B. Taylor* |
| 11 | ABIGAIL B. TAYLOR, #670648 |
|   | Chief, Civil Rights Division |
| 12 | DAVID UREÑA, #703076 |
|   | Special Assistant Attorney General |
| 13 | ANGELA BROOKS, #663255 |
|   | Assistant Attorney General |
| 14 | Office of the Massachusetts Attorney General |
|   | One Ashburton Place |
| 15 | Boston, MA 02108 |
|   | (617) 963-2232 |
| 16 | abigail.taylor@mass.gov |
|   | david.urena@mass.gov |
| 17 | angela.brooks@mass.gov |
|   | *Attorneys for Plaintiff Commonwealth of Massachusetts* |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

7

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

DANA NESSEL
Attorney General of Michigan

/s/Toni L. Harris
FADWA A. HAMMOUD, #P74185
Solicitor General
TONI L. HARRIS, #P63111
*First Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603 (main)
HarrisT19@michigan.gov
Hammoudf1@michigan.gov
*Attorneys for the People of Michigan*


KEITH ELLISON
Attorney General of Minnesota

/s/ R.J. Detrick
R.J. DETRICK, #0395336
*Assistant Attorney General*
Minnesota Attorney General's Office
Bremer Tower, Suite 100
445 Minnesota Street
St. Paul, MN 55101-2128
(651) 757-1489
(651) 297-7206
Rj.detrick@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

8

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | AARON D. FORD |
|   | Attorney General of Nevada |
| 2 | |
|   | */s/ Heidi Parry Stern* |
| 3 | HEIDI PARRY STERN, #8873 |
|   | Solicitor General |
| 4 | Office of the Nevada Attorney General |
|   | 555 E. Washington Ave., Ste. 3900 |
| 5 | Las Vegas, NV 89101 |
|   | HStern@ag.nv.gov |
| 6 | *Attorneys for Plaintiff State of Nevada* |
| 7 | |
|   | GURBIR SINGH GREWAL |
| 8 | Attorney General of New Jersey |
|   | |
| 9 | */s/ Glenn J. Moramarco* |
|   | GLENN J. MORAMARCO, #030471987 |
| 10 | Assistant Attorney General |
|   | Office of the Attorney General |
| 11 | Richard J. Hughes Justice Complex |
|   | 25 Market Street, 1st Floor, West Wing |
| 12 | Trenton, NJ 08625-0080 |
|   | (609) 376-3232 |
| 13 | Glenn.Moramarco@law.njoag.gov |
|   | *Attorneys for Plaintiff State of New Jersey* |
| 14 | |
| 15 | HECTOR BALDERAS |
|   | Attorney General of New Mexico |
| 16 | |
|   | */s/ Tania Maestas* |
| 17 | TANIA MAESTAS, #20345 |
|   | Chief Deputy Attorney General |
| 18 | P.O. Drawer 1508 |
|   | Santa Fe, New Mexico 87504-1508 |
| 19 | tmaestas@nmag.gov |
|   | *Attorneys for Plaintiff State of New Mexico* |
| 20 | |
| 21 | |
| 22 | |


1  PETER F. NERONHA
   Attorney General of Rhode Island
2
   */s/ Lauren E. Hill*
3  LAUREN E. HILL, #9830
   Special Assistant Attorney General
4  Office of the Attorney General
   150 South Main Street
5  Providence, Rhode Island 02903
   (401) 274-4400 x 2038
6  E-mail:  lhill@riag.ri.gov
   *Attorneys for Plaintiff State of Rhode Island*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

10

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

## DECLARATION OF SERVICE

I hereby declare that on this day I caused the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF System which will serve a copy of this document upon all counsel of record.

DATED this 25th day of September, 2019, at Seattle, Washington.

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Senior Counsel

PLAINTIFF STATES' MOTION
TO EXCEED PAGE LIMITS
NO. 4:19-cv-05210-RMP

11

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285