UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 16, 2019

SEAN F. McAVOY, CLERK

| | |
|---|---|
| STATE OF WASHINGTON; COMMONWEALTH OF VIRGINIA; STATE OF COLORADO; STATE OF DELAWARE; STATE OF ILLINOIS; COMMONWEALTH OF MASSACHUSETTS; DANA NESSEL, Attorney General on behalf of the people of Michigan; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE IF HAWAI'I,<br><br>            Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; KENNETH T. CUCCINELLI, II, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>            Defendants. | NO: 4:19-CV-5210-RMP<br><br>NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE |

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE ~ 1

A.   **Telephonic Scheduling Conference**

**PLEASE TAKE NOTICE** that a telephonic scheduling conference will be held on the date and time noted below.  Counsel and pro se parties shall use the following information to participate in the hearing:

**DATE:  November 20, 2019 at 2:30 p.m.**
**PHONE NUMBER:  1-888-363-4749**
**ACCESS CODE:  6699898#**

**Speaker phones are not compatible with the Court's sound system and may not be used**.  Please listen carefully and follow the automated instructions so that you will be added to the conference in a timely manner.

B.   The provisions of Fed. R. Civ. P. 26 apply.  The parties shall confer at least **fourteen (14) days** in advance of the scheduling conference and shall be prepared to discuss at the scheduling conference the following issues:

1. Whether service is complete and, if not, the expected date of completion;
2. Whether jurisdiction, venue, and standing are proper;
3. Whether the parties consent for this matter to be tried before a magistrate judge;
4. The nature and basis of their claims (brief summary);
5. A preferred trial date and estimated length of trial;
6. Anticipated motions;
7. Arrangement for the disclosures required under Fed. R. Civ. P. 26(a)(1);

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE ~ 2

8. A proposed Discovery Plan as discussed in Fed. R. Civ. P. 26(f).[1] This plan shall include the disclosures required under Rule 26(a)(1) and shall also include a time and platform agreed upon for the exchange of e-discovery, if any;

9. Whether class certification is alleged. The parties shall include a suggested cut-off date as outlined in Local Rule 23.1;

10. Whether the case involves a beneficial interest claim of a minor or incompetent that requires appointment of a Guardian ad litem;

11. The appropriateness of special procedures such as consolidation of actions for discovery or pretrial, reference to a master or magistrate, to arbitration, to the Judicial Panel on Multi-district Litigation, or application of the procedures included in the Manual for Complex Litigation;

12. Modification of the standard procedures due to the relative simplicity or complexity of the action or proceeding;

13. Feasibility of bifurcation, or otherwise structuring sequence of the trial;

---

[1] The parties are encouraged to use the following link for arriving at interim deadlines by inserting a proposed trial date: http://www.waed.uscourts.gov/civil-trial-dates.

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE ~ 3

    14.    Whether there will be a point in the litigation when the parties can conduct meaningful settlement discussions or participation in another form of alternative dispute resolution;

    15.    Identification of any issues that should be certified to the state Supreme Court; and

    16.    Any other matters which may be conducive to the just, efficient, and economical determination of the action or proceeding, including the definition or limitation of issues.

**C.**    On or before **November 13, 2019**, the parties shall file the following:

    1.    **Consent Form:** The parties shall complete the attached Consent Form and return it to the Clerk of the Court, as instructed, advising whether the parties consent to this case being tried by a United States Magistrate Judge. See 28 U.S.C. § 636 as amended;

    2.    **Statement Identifying Corporate Information:** Any non-governmental corporate party to this action shall file a statement identifying all its parent corporations and listing any publicly held company that owns 10% or more of the party's stock. Counsel have an ongoing responsibility to supplement this information;

///

///

///

///

NOTICE SETTING TELEPHONIC SCHEDULING CONFERENCE ~ 4

3. **Joint Status Report (Fed. R. Civ. P. 26(f)):** The parties shall file a Joint Status Report (or separate reports if necessary), reflecting the results of their conference and the parties' position with respect to **each subject outlined in section B** of this Notice.

Counsel are expected to comply with the spirit of Rule 26 and seek to minimize the time and expense of discovery.

**DATED** October 16, 2019.

SEAN F. McAVOY
DISTRICT COURT CLERK

*s/Michelle M. Fox*
MICHELLE M. FOX
Deputy Clerk