JOSEPH H. HUNT
Assistant Attorney General
ALEXANDER K. HAAS
Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Federal Programs Branch

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT RICHLAND**

STATE OF WASHINGTON, *et al.*,

Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants

No. 4:19-cv-5210-RMP

DEFENDANTS' UNOPPOSED MOTION TO STAY *NUNC PRO TUNC* DEADLINE TO RESPOND TO AMENDED COMPLAINT

11/25/2019
Without Oral Argument

DEFS' MOTION TO STAY *NUNC PRO TUNC* DEADLINE TO RESPOND TO AM. COMPL.

U.S. DEPARTMENT OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

Defendants respectfully move to stay *nunc pro tunc* the deadline for Defendants to file an answer or otherwise respond to Plaintiffs' amended complaint in this case challenging a proposed Department of Homeland Security regulation. The deadline for Defendants to respond was on October 15, 2019 and Defendants respectfully seek a stay of that deadline until the parties have proposed a schedule for the remainder of this litigation. Defendants' counsel conferred with Plaintiffs' counsel about the relief sought herein and Plaintiffs' counsel stated that Plaintiffs do not oppose the relief sought herein.

On October 16, 2019, the Court issued a Notice Setting Telephone Scheduling Conference for November 20, 2019. ECF No. 163. Pursuant to that Notice, the parties will confer and will submit a Joint Status Report by November 13, 2019, addressing the topics identified in the Court's Notice, including various scheduling issues. *See id.* Defendants respectfully submit that the parties should confer about the deadline for Defendants to respond to the complaint as part of their upcoming meet and confer process. Defendants believe that this approach will allow the parties to propose a comprehensive schedule addressing all relevant litigation deadlines, including the filing of the administrative record in support of the above-mentioned regulation.

Defendants regret that they did not file this motion before the deadline to respond to the amended complaint expired. The deadline fell just days after counsel for Defendants participated in various preliminary injunction hearings for eight cases held in five judicial districts around the country, and counsel inadvertently failed to seek relief from the court before the deadline.

For the foregoing reasons, Defendants respectfully request the Court to stay their

DEFS' MOTION TO STAY *NUNC PRO TUNC* DEADLINE TO RESPOND TO AM. COMPL.

U.S. DEPARTMENT OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

1

deadline to respond to the amended complaint pending the parties' forthcoming November 13, 2019 Joint Status Report.

Dated: October 24, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

*s/ Joshua M. Kolsky*

ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-7664
Fax: (202) 616-8470
joshua.kolsky@usdoj.gov

Attorneys for Defendants

DEFS' MOTION TO STAY *NUNC PRO TUNC* DEADLINE TO RESPOND TO AM. COMPL.

U.S. DEPARTMENT OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

*/s/ Joshua M. Kolsky*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

Attorney for Defendants