1 | ROBERT W. FERGUSON
*Attorney General*
2
3 | RENE D. TOMISSER, WSBA #17509
*Senior Counsel*
JEFFREY T. SPRUNG, WSBA #23607
4 | ZACHARY P. JONES, WSBA #44557
JOSHUA WEISSMAN, WSBA #42648
5 | PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
6 | BRYAN M.S. OVENS, WSBA #32901
*Assistant Attorneys General*
7 | 8127 W. Klamath Court, Suite A
Kennewick, WA 99336
8 | (509) 734-7285

9 | **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
10 | AT SPOKANE**

11 | STATE OF WASHINGTON, et al., | NO. 4:19-cv-05210-RMP

12 | Plaintiffs, | PARTIES' JOINT STATUS
REPORT
13 | v.

14 | UNITED STATES DEPARTMENT
OF HOMELAND SECURITY, a
15 | federal agency, et al.

16 | Defendants.

17

18

19 | Pursuant to the Court's November 14, 2019 Notice, the parties submit this
20 | status report regarding the schedule for this case. Counsel for Plaintiffs and
21 | Defendants conferred telephonically on December 13, 2019 and discussed a
22 | discovery timetable, a cross-dispositive motion briefing schedule, and a deadline

STATUS REPORT
NO. 4:19-cv-05210-RMP

1

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

for Defendants to answer Plaintiffs' Amended Complaint. In summary, the parties are not in agreement concerning Plaintiffs' entitlement to a privilege log or discovery on their Equal Protection Clause claim. They have, however, agreed to a prompt briefing schedule to allow the Court to resolve these disputes, which they set out below. Further, also as explained below, the parties believe that the foregoing disputes should be resolved before they are required to submit a dispositive motion briefing schedule and deadline for Defendants' responsive pleading, and they propose to submit a status report addressing these two issues within one week of the Court's resolution of their discovery dispute.

### 1.  Administrative Record and Discovery

Defendants provided the administrative record to Plaintiffs on November 25, 2019. Plaintiffs previously had requested that Defendants produce a privilege log in conjunction with the administrative record; Defendants, however, dispute Plaintiffs' entitlement to a privilege log. Plaintiffs also notified Defendants that they intended to take discovery on Count IV of their First Amended Complaint (ECF #31), alleging a violation of equal protection of the laws guaranteed by the Fifth Amendment Due Process Clause. Defendants dispute as well Plaintiffs' entitlement to discovery on this claim. The parties propose the following briefing schedule to present these disputes for resolution:

STATUS REPORT
NO. 4:19-cv-05210-RMP

2

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| Plaintiffs' motion to compel privilege log and discovery on their Equal Protection Clause claim | December 19, 2019 |
| Defendants' opposition | January 14, 2020 |
| Plaintiffs' reply | January 28, 2020 |

In addition, because Plaintiffs are incorporating two motions in a single filing, the parties submit that good cause exists to increase the page limits for all of the briefs on this motion from 10 to 15 pages, and the parties therefore request excess page limits under LCivR 7(f)(5) for all briefs. Each party agrees to the corresponding extension(s) for the other party.

**2.    Schedule for a Responsive Pleading and Cross-Dispositive Motions**

The schedule for resolution of this case will be impacted by the outcome of the foregoing motion. Plaintiffs believe that, if Defendants are required to produce a privilege log, the privilege log may generate disputes about assertions of privilege or lead Plaintiffs to identify with specificity additional topics on which Plaintiffs believe discovery is needed.[1] Further, Defendants are planning to move to dismiss Plaintiffs' claims, and a decision on whether there will be discovery in this case could impact the schedule for dispositive motions and the

---

[1] Plaintiffs are reviewing the administrative record produced by Defendants, and they reserve the right to seek supplementation of the record in the future.

STATUS REPORT
NO. 4:19-cv-05210-RMP

3

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1  scope of such motions. Accordingly, the parties propose that they submit a status
2  report addressing the deadline for Defendants' responsive pleading and a
3  dispositive motion briefing schedule within one week of the Court's resolution
4  of their discovery dispute.

5       RESPECTFULLY SUBMITTED this 16th day of December, 2019.

| | |
|---|---|
| JOSEPH H. HUNT<br>Assistant Attorney General<br>ALEXANDER K. HAAS<br>Branch Director<br><br>*/s/ Joshua M. Kolsky*<br>ERIC J. SOSKIN<br>Senior Trial Counsel<br>KERI L. BERMAN<br>KUNTAL V. CHOLERA<br>JOSHUA M. KOLSKY<br>DC Bar No. 993430<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005<br>Tel: (202) 305-7664<br>Fax: (202) 616-8470<br>joshua.kolsky@usdoj.gov<br>*Attorneys for Defendants* | ROBERT W. FERGUSON<br>Attorney General of Washington<br><br>*/s/ Jeffrey T. Sprung*<br>RENE D. TOMISSER, WSBA #17509<br>Senior Counsel<br>JEFFREY T. SPRUNG, WSBA #23607<br>ZACHARY P. JONES, WSBA #44557<br>JOSHUA WEISSMAN, WSBA #42648<br>PAUL M. CRISALLI, WSBA #40681<br>NATHAN K. BAYS, WSBA #43025<br>BRYAN M.S. OVENS, WSBA #32901<br>Assistant Attorneys General<br>8127 W. Klamath Court, Suite A<br>Kennewick, WA 99336<br>(509) 734-7285<br>Rene.Tomisser@atg.wa.gov<br>Jeff.Sprung@atg.wa.gov<br>Zach.Jones@atg.wa.gov<br>Joshua.Weissman@atg.wa.gov<br>Paul.Crisalli@atg.wa.gov<br>Nathan.Bays@atg.wa.gov<br>Bryan.Ovens@atg.wa.gov<br>*Attorneys for Plaintiff State of Washington*<br><br>MARK R. HERRING<br>Attorney General of Virginia<br><br>*/s/ Michelle S. Kallen*<br>MICHELLE S. KALLEN, |

STATUS REPORT
NO. 4:19-cv-05210-RMP

4

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | VSB #93286<br>Deputy Solicitor General |
| 2 | JESSICA MERRY SAMUELS,<br>VSB #89537 |
| 3 | Assistant Solicitor General<br>RYAN SPREAGUE HARDY, |
| 4 | VSB #78558<br>ALICE ANNE LLOYD, |
| 5 | VSB #79105<br>MAMOONA H. SIDDIQUI, |
| 6 | VSB #46455<br>Assistant Attorneys General |
| 7 | Office of the Attorney General<br>202 North Ninth Street |
| 8 | Richmond, VA  23219<br>(804) 786-7240 |
| 9 | MKallen@oag.state.va.us<br>RHardy@oag.state.va.us |
| 10 | ALloyd@oag.state.va.us<br>MSiddiqui@oag.state.va.us |
| 11 | SolicitorGeneral@oag.state.va.us<br>*Attorneys for Plaintiff* |
| 12 | *Commonwealth of Virginia* |
| 13 | |
| 14 | PHIL WEISER<br>Attorney General of Colorado |
| 15 | */s/ Eric R. Olson*<br>ERIC R. OLSON, #36414 |
| 16 | Solicitor General<br>Office of the Attorney General |
| 17 | Colorado Department of Law<br>1300 Broadway, 10th Floor |
| 18 | Denver, CO  80203<br>(720) 508 6548 |
| 19 | Eric.Olson@coag.gov<br>*Attorneys for Plaintiff the State of* |
| 20 | *Colorado* |
| 21 | |
| 22 | |

STATUS REPORT
NO. 4:19-cv-05210-RMP

2

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | KATHLEEN JENNINGS<br>Attorney General of Delaware |
| 2 | AARON R. GOLDSTEIN<br>State Solicitor |
| 3 | ILONA KIRSHON<br>Deputy State Solicitor |
| 4 | |
| 5 | */s/ Monica A. Horton*<br>MONICA A. HORTON, #5190<br>Deputy Attorney General |
| 6 | 820 North French Street<br>Wilmington, DE  19801 |
| 7 | Monica.horton@delaware.gov<br>*Attorneys for Plaintiff the State of* |
| 8 | *Delaware* |
| 9 | |
| 10 | KWAME RAOUL<br>Attorney General of Illinois |
| 11 | */s/ Liza Roberson-Young* |
| 12 | LIZA ROBERSON-YOUNG,<br>#6293643 |
| 13 | Public Interest Counsel<br>Office of the Illinois Attorney<br>General |
| 14 | 100 West Randolph St., 11th Fl.<br>Chicago, IL  60601 |
| 15 | (312) 814-5028<br>ERobersonYoung@atg.state.il.us |
| 16 | *Attorney for Plaintiff State of Illinois* |
| 17 | |
| 18 | CLARE E. CONNORS<br>Attorney General of Hawaiʻi |
| 19 | */s/ Lili A. Young* |
| 20 | LILI A. YOUNG, #5886<br>Deputy Attorney General |
| 21 | Department of the Attorney General<br>425 Queen Street<br>Honolulu, HI  96813 |
| 22 | |

STATUS REPORT
NO. 4:19-cv-05210-RMP

3

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | (808) 587-3050; Lili.A.Young@hawaii.gov |
| 2 | *Attorneys for Plaintiff State of Hawaiʻi* |
| 3 | BRIAN E. FROSH<br>Attorney General of Maryland |
| 4 | |
| 5 | */s/ Jeffrey P. Dunlap*<br>JEFFREY P. DUNLAP |
| 6 | #1812100004<br>Assistant Attorney General |
| 7 | 200 St. Paul Place<br>Baltimore, MD  21202 |
| 8 | T: (410) 576-7906<br>F: (410) 576-6955 |
| 9 | JDunlap@oag.state.md.us<br>*Attorneys for Plaintiff State of* |
| 10 | *Maryland* |
| 11 | |
| 12 | MAURA HEALEY<br>Attorney General of Commonwealth of Massachusetts |
| 13 | |
| 14 | */s/ Abigail B. Taylor*<br>ABIGAIL B. TAYLOR, #670648<br>Chief, Civil Rights Division |
| 15 | DAVID UREÑA, #703076<br>Special Assistant Attorney General |
| 16 | ANGELA BROOKS, #663255<br>Assistant Attorney General |
| 17 | Office of the Massachusetts Attorney General |
| 18 | One Ashburton Place<br>Boston, MA  02108 |
| 19 | (617) 963-2232<br>abigail.taylor@mass.gov |
| 20 | david.urena@mass.gov<br>angela.brooks@mass.gov |
| 21 | *Attorneys for Plaintiff Commonwealth of Massachusetts* |
| 22 | |

STATUS REPORT
NO. 4:19-cv-05210-RMP

4

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

DANA NESSEL
Attorney General of Michigan

*/s/Toni L. Harris*
FADWA A. HAMMOUD, #P74185
Solicitor General
TONI L. HARRIS, #P63111
*First Assistant Attorney General*
Michigan Department of Attorney General
P. O. Box 30758
Lansing, MI  48909
(517) 335-7603 (main)
HarrisT19@michigan.gov
Hammoudf1@michigan.gov
*Attorneys for the People of Michigan*

KEITH ELLISON
Attorney General of Minnesota

*/s/ R.J. Detrick*
R.J. DETRICK, #0395336
*Assistant Attorney General*
Minnesota Attorney General's Office
Bremer Tower, Suite 100
445 Minnesota Street
St. Paul, MN  55101-2128
(651) 757-1489
(651) 297-7206
Rj.detrick@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN, #8873
Solicitor General
Office of the Nevada Attorney General

STATUS REPORT
NO. 4:19-cv-05210-RMP

5

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

555 E. Washington Ave., Ste. 3900
Las Vegas, NV 89101
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

GURBIR S. GREWAL
Attorney General of New Jersey

*/s/ Glenn J. Moramarco*
GLENN J. MORAMARCO, #030471987
Assistant Attorney General
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market St., 1st Fl., West Wing
Trenton, NJ  08625-0080
(609) 376-3232
Glenn.Moramarco@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

HECTOR BALDERAS
Attorney General of New Mexico

*/s/ Tania Maestas*
TANIA MAESTAS, #20345
Chief Deputy Attorney General
P. O. Drawer 1508
Santa Fe, NM  87504-1508
tmaestas@nmag.gov
*Attorneys for Plaintiff State of New Mexico*

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Lauren E. Hill*
LAUREN E. HILL, #9830
Special Assistant Attorney General
Office of the Attorney General

STATUS REPORT
NO. 4:19-cv-05210-RMP

6

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  

150 South Main Street
Providence, RI  02903
(401) 274-4400 x 2038
lhill@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

STATUS REPORT
NO. 4:19-cv-05210-RMP

7

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

| | |
|---|---|
| 1 | **<u>DECLARATION OF SERVICE</u>** |
| 2 | I hereby declare that on this day I caused the foregoing document to be |
| 3 | electronically filed with the Clerk of the Court using the Court's CM/ECF System |
| 4 | which will serve a copy of this document upon all counsel of record. |
| 5 | DATED this 16th day of December, 2019, at Seattle, Washington. |

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
Assistant Attorney General

STATUS REPORT
NO. 4:19-cv-05210-RMP

8

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285