FILED

UNITED STATES COURT OF APPEALS

FEB 18 2020

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO; COUNTY OF SANTA CLARA,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, a federal agency; U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; KEVIN K. MCALEENAN, in his official capacity as Acting Secretary of the United States Department of Homeland Security; KENNETH T. CUCCINELLI, in his official capacity as Acting Director of United States Citizenship and Immigration Services,<br><br>    Defendants-Appellants. | No. 19-17213<br><br>D.C. No. 4:19-cv-04717-PJH<br>Northern District of California,<br>Oakland<br><br><br>ORDER |
| STATE OF CALIFORNIA; DISTRICT OF COLUMBIA; STATE OF MAINE; COMMONWEALTH OF PENNSYLVANIA; STATE OF OREGON,<br><br>    Plaintiffs-Appellees,<br><br> v. | No. 19-17214<br><br>D.C. No. 4:19-cv-04975-PJH<br>Northern District of California,<br>Oakland |

U.S. DEPARTMENT OF HOMELAND
SECURITY, a federal agency; UNITED
STATES CITIZENSHIP AND
IMMIGRATION SERVICES, a federal
agency; KEVIN K. MCALEENAN, in his
official capacity as Acting Secretary of the
United States Department of Homeland
Security; KENNETH T. CUCCINELLI, in
his official capacity as Acting Director of
United States Citizenship and Immigration
Services,

        Defendants-Appellants.

STATE OF WASHINGTON;
COMMONWEALTH OF VIRGINIA;
STATE OF COLORADO; STATE OF
DELAWARE; STATE OF ILLINOIS;
STATE OF MARYLAND;
COMMONWEALTH OF
MASSACHUSETTS; DANA NESSEL,
Attorney General on behalf of the People
of Michigan; STATE OF MINNESOTA;
STATE OF NEVADA; STATE OF NEW
JERSEY; STATE OF NEW MEXICO;
STATE OF RHODE ISLAND; STATE
OF HAWAII,

        Plaintiffs-Appellees,

v.

U.S. DEPARTMENT OF HOMELAND
SECURITY, a federal agency; KEVIN K.
MCALEENAN, in his official capacity as

No.    19-35914

D.C. No. 4:19-cv-05210-RMP
Eastern District of Washington,
Richland

2

Acting Secretary of the United States
Department of Homeland Security;
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES, a federal
agency; KENNETH T. CUCCINELLI, in
his official capacity as Acting Director of
United States Citizenship and Immigration
Services,

                Defendants-Appellants.

Before:  BYBEE, IKUTA, and OWENS, Circuit Judges

The panel judges have voted to deny the appellees' motions for reconsideration.  Judge Bybee would recommend denial of the motions for reconsideration en banc.  Judge Ikuta would vote to deny the motions.  Judge Owens would vote to grant the motions.

The full court has been advised of the motions for rehearing en banc and no judge has requested a vote on whether to rehear the matter en banc.  Fed. R. App. P. 35.

Appellees' motions for rehearing and petition for rehearing en banc, filed December 19. 2019, are DENIED.