1   ROBERT W. FERGUSON
    *Attorney General*
2
    JEFFREY T. SPRUNG, WSBA #23607
3   ZACHARY P. JONES, WSBA #44557
    JOSHUA WEISSMAN, WSBA #42648
4   PAUL M. CRISALLI, WSBA #40681
    NATHAN K. BAYS, WSBA #43025
5   BRYAN M.S. OVENS, WSBA #32901
    *Assistant Attorneys General*
6   8127 W. Klamath Court, Suite A
    Kennewick, WA  99336
7   (509) 734-7285

8                **UNITED STATES DISTRICT COURT**
                 **EASTERN DISTRICT OF WASHINGTON**
9                        **AT SPOKANE**

10  STATE OF WASHINGTON, et al.,          NO. 4:19-cv-05210-RMP

11              Plaintiffs,               PLAINTIFFS' RESPONSE TO
                                          NOTICE OF SUPPLEMENTAL
12      v.                                AUTHORITY

13  UNITED STATES DEPARTMENT
    OF HOMELAND SECURITY, a
14  federal agency, et al.

15              Defendants.

16

17

18

19

20

21

22

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1    Plaintiff States respectfully submit this response to Defendants' Notice of

2    Supplemental Authority regarding Plaintiffs' Motion to Compel (ECF No. 206).

3    The decision Defendants attach—*Almaklani v. Trump*, 18CV398NGGCLP,

4    2020 WL 1282920 (E.D.N.Y. Mar. 17, 2020)—is distinguishable from

5    Plaintiffs' pending Motion in several respects.

6    First, plaintiffs sought discovery in *Almaklani* at the "eleventh[] hour."

7    ECF No. 206 at 9. The case had been pending for over two years, and at the

8    time of the court's decision, the federal defendants had already moved for

9    summary judgment. *Id.* at 5, 8. By contrast, Plaintiffs here promptly filed their

10    Motion to Compel before any dispositive motions have been filed.

11    Second, unlike in *Almaklani*, the constitutional claim here is distinct from

12    the APA claims. *See* ECF No. 200 at 7 (the "Equal Protection claim is not

13    merely duplicative of the APA claims"); *cf.* ECF No. 206 at 16 (acknowledging

14    split of authority and citing cases disallowing discovery where "constitutional

15    claims fundamentally overlap with the APA claims").

16    Third, Plaintiffs have made a more than adequate showing to permit

17    discovery. Unlike in *Almaklani*, *see* ECF No. 206 at 18–19, Plaintiffs proffered

18    significant public-record evidence—including statements and emails—that

19    suggests certain federal officials may have acted with unlawful discriminatory

20    intent, *see* ECF No. 195 at 13–15; ECF No. 200 at 7–8.

21

22

PLS' RESP. TO NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

1

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1    Finally, the *Almaklani* decision says nothing about the first of the two

2   types of relief Plaintiffs seek: a privilege log provided by Defendants to

3   accompany the Administrative Record. *See* ECF No. 195 at 5–9.

4    The *Almaklani* case therefore does not support Defendants' position.

5   Plaintiffs respectfully request that the Court grant their Motion to Compel

6   (ECF No. 195) in its entirety.

7    RESPECTFULLY SUBMITTED this 30th day of March 2020.

8    ROBERT W. FERGUSON
    Attorney General of Washington

9

    */s/ Jeffrey T. Sprung*
10   JEFFREY T. SPRUNG, WSBA #23607
    ZACHARY P. JONES, WSBA #44557
11   JOSHUA WEISSMAN, WSBA #42648
    PAUL M. CRISALLI, WSBA #40681
12   NATHAN K. BAYS, WSBA #43025
    BRYAN M.S. OVENS, WSBA #32901
13   Assistant Attorneys General
    8127 W. Klamath Court, Suite A
14   Kennewick, WA  99336
    (509) 734-7285
15   jeff.sprung@atg.wa.gov
    zach.jones@atg.wa.gov
16   joshua.weissman@atg.wa.gov
    paul.crisalli@atg.wa.gov
17   nathan.bays@atg.wa.gov
    bryan.ovens@atg.wa.gov
18   *Attorneys for Plaintiff State of Washington*

19

20

21

22

PLS' RESP. TO NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

2

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1      MARK R. HERRING
       Attorney General of Virginia
2
       */s/ Michelle S. Kallen*
3      MICHELLE S. KALLEN, VSB #93286
       Deputy Solicitor General
4      JESSICA MERRY SAMUELS, VSB #89537
       Assistant Solicitor General
5      RYAN SPREAGUE HARDY, VSB #78558
       ALICE ANNE LLOYD, VSB #79105
6      MAMOONA H. SIDDIQUI, VSB #46455
       Assistant Attorneys General
7      Office of the Attorney General
       202 North Ninth Street
8      Richmond, Virginia 23219
       (804) 786-7240
9      MKallen@oag.state.va.us
       JSamuels@oag.state.va.us
10     RHardy@oag.state.va.us
       ALloyd@oag.state.va.us
11     MSiddiqui@oag.state.va.us
       SolicitorGeneral@oag.state.va.us
12     *Attorneys for Plaintiff Commonwealth of*
       *Virginia*
13

14     PHIL WEISER
       Attorney General of Colorado
15
       */s/ Eric R. Olson*
16     ERIC R. OLSON, #36414
       Solicitor General
17     Office of the Attorney General
       Colorado Department of Law
18     1300 Broadway, 10th Floor
       Denver, CO 80203
19     (720) 508 6548
       Eric.Olson@coag.gov
20     *Attorneys for Plaintiff the State of Colorado*

21

22

1   KATHLEEN JENNINGS
    Attorney General of Delaware
2   AARON R. GOLDSTEIN
    State Solicitor
3   ILONA KIRSHON
    Deputy State Solicitor
4
    /s/ Monica A. Horton
5   MONICA A. HORTON, #5190
    Deputy Attorney General
6   820 North French Street
    Wilmington, DE  19801
7   Monica.horton@delaware.gov
    *Attorneys for Plaintiff the State of Delaware*
8
9   KWAME RAOUL
    Attorney General of Illinois
10
    /s/ Liza Roberson-Young
11  LIZA ROBERSON-YOUNG, #6293643
    Public Interest Counsel
12  Office of the Illinois Attorney General
    100 West Randolph Street, 11th Floor
13  Chicago, IL 60601
    (312) 814-5028
14  ERobersonYoung@atg.state.il.us
    *Attorney for Plaintiff State of Illinois*
15
16  CLARE E. CONNORS
    Attorney General of Hawai'i
17
    /s/ Lili A. Young
18  LILI A. YOUNG, #5886
    Deputy Attorney General
19  Department of the Attorney General
    425 Queen Street
20  Honolulu, HI  96813
    (808) 587-3050
21  Lili.A.Young@hawaii.gov
    *Attorneys for Plaintiff State of Hawai'i*
22

PLS' RESP. TO NOTICE OF                4        ATTORNEY GENERAL OF WASHINGTON
SUPPLEMENTAL AUTHORITY                              8127 W. Klamath Court, Suite A
NO. 4:19-cv-05210-RMP                                   Kennewick, WA 99336
                                                          (509) 734-7285

1

BRIAN E. FROSH
Attorney General of Maryland

2

*/s/ Jeffrey P. Dunlap*

3

JEFFREY P. DUNLAP, #1812100004
Assistant Attorney General

4

200 St. Paul Place
Baltimore, MD 21202

5

T: (410) 576-7906
F: (410) 576-6955

6

JDunlap@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

7

8

MAURA HEALEY
Attorney General of Commonwealth of

9

Massachusetts

10

*/s/ Abigail B. Taylor*

ABIGAIL B. TAYLOR, #670648

11

Chief, Civil Rights Division
DAVID UREÑA, #703076

12

Special Assistant Attorney General
ANGELA BROOKS, #663255

13

Assistant Attorney General
Office of the Massachusetts Attorney General

14

One Ashburton Place
Boston, MA 02108

15

(617) 963-2232
abigail.taylor@mass.gov

16

david.urena@mass.gov
angela.brooks@mass.gov

17

*Attorneys for Plaintiff Commonwealth of
Massachusetts*

18

19

20

21

22

PLS' RESP. TO NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

5

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

DANA NESSEL
Attorney General of Michigan

*/s/Toni L. Harris*
FADWA A. HAMMOUD, #P74185
Solicitor General
TONI L. HARRIS, #P63111
*First Assistant Attorney General*
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI 48909
(517) 335-7603 (main)
HarrisT19@michigan.gov
Hammoudf1@michigan.gov
*Attorneys for the People of Michigan*

KEITH ELLISON
Attorney General of Minnesota

*/s/ R.J. Detrick*
R.J. DETRICK, #0395336
*Assistant Attorney General*
Minnesota Attorney General's Office
Bremer Tower, Suite 100
445 Minnesota Street
St. Paul, MN 55101-2128
(651) 757-1489
(651) 297-7206
Rj.detrick@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*

PLS' RESP. TO NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

6

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1

AARON D. FORD
Attorney General of Nevada

2

*/s/ Heidi Parry Stern*

3

HEIDI PARRY STERN, #8873
Solicitor General

4

Office of the Nevada Attorney General
555 E. Washington Ave., Ste. 3900

5

Las Vegas, NV 89101
HStern@ag.nv.gov

6

*Attorneys for Plaintiff State of Nevada*

7

8

GURBIR S. GREWAL
Attorney General of New Jersey

9

*/s/ Glenn J. Moramarco*

GLENN J. MORAMARCO, #030471987

10

Assistant Attorney General
Office of the Attorney General

11

Richard J. Hughes Justice Complex
25 Market Street, 1st Floor, West Wing

12

Trenton, NJ 08625-0080
(609) 376-3232

13

Glenn.Moramarco@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*

14

15

HECTOR BALDERAS
Attorney General of New Mexico

16

*/s/ Tania Maestas*

17

TANIA MAESTAS, #20345
Chief Deputy Attorney General

18

P.O. Drawer 1508
Santa Fe, New Mexico 87504-1508

19

tmaestas@nmag.gov
*Attorneys for Plaintiff State of New Mexico*

20

21

22

PLS' RESP. TO NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

7

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Lauren E. Hill*
LAUREN E. HILL, #9830
Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, Rhode Island 02903
(401) 274-4400 x 2038
E-mail:  lhill@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

PLS' RESP. TO NOTICE OF
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

8

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285

1

## <u>DECLARATION OF SERVICE</u>

2          I hereby declare that on this day I caused the foregoing document to be

3 electronically filed with the Clerk of the Court using the Court's CM/ECF

4 System which will serve a copy of this document upon all counsel of record.

5          DATED this 30th day of March 2020, at Seattle, Washington.

6

7                              */s/ Jeffrey T. Sprung*
                              JEFFREY T. SPRUNG, WSBA #23607
8                              Assistant Attorney General

9

10

11

12

13

14

15

16

17

18

19

20

21

22

PLS' RESP. TO NOTICE OF                9
SUPPLEMENTAL AUTHORITY
NO. 4:19-cv-05210-RMP

ATTORNEY GENERAL OF WASHINGTON
8127 W. Klamath Court, Suite A
Kennewick, WA 99336
(509) 734-7285