ETHAN P. DAVIS
Acting Assistant Attorney General
WILLIAM D. HYSLOP
United States Attorney
ALEXANDER K. HAAS
Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
JASON C. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | No. 4:19-cv-5210-RMP |
| v. | REPORT PURSUANT TO MAY 13, 2020 ORDER |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants | |

REPORT PURSUANT TO
MAY 3, 2020 ORDER
NO. 4:19-CV-05210-RMP

U.S. DEPARTMENT OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 353-0533

Defendants respectfully submit this report pursuant to the Court's May 13, 2020 Order Denying in Part and Granting in Part Defendants' Motion to Stay Discovery Order re: Privilege Log ("Order"). ECF No. 219. The Court ordered Defendants to produce a privilege log pertaining to Defendants' administrative record on a rolling basis starting on June 12, 2020. *Id.* at 6. The Court further ordered Defendants to make reports to the Court and Plaintiffs every other Friday, on their progress toward completion of the privilege log. *Id.*

### **Notifying Custodians of Obligation to Preserve Documents**

First, the Court ordered Defendants to report on their progress in "notifying potential custodians of their obligation to preserve potentially relevant documents, even if assertedly privileged[.]" Order at 6. As discussed in Defendants' June 12, 2020 report, Defendants have notified all potential custodians of their obligation to preserve potentially relevant documents, even if assertedly privileged.

### **Segregating Privileged Documents for Review**

Second, the Court ordered Defendants to report on their progress in "segregating all assertedly privileged documents for review." Order at 6.

As Defendants reported in their June 26, 2020 report, email records for all custodians have been collected. The emails for those custodians have been batched for review by the Department of Justice.

Although email records are expected to constitute the vast majority of documents subject to the Court's Order, Defendants are also working to collect non-email electronic documents and paper documents, if any, that do not also exist in electronic form. At this

REPORT PURSUANT TO  
MAY 13, 2020 ORDER  
NO. 4:19-CV-05210-RMP

1

U.S. DEP'T OF JUSTICE  
1100 L St. NW, Washington, DC, 20003  
(202) 305-7664

time, due to the COVID-19 crisis and the telework status of most agency personnel, Defendants cannot determine whether there are any paper documents that will need to be collected, as those documents are physically located in agency offices and are therefore currently inaccessible.

**Logging Privileged Documents**

Third, the Court ordered Defendants to report on their progress in logging privileged documents pursuant to Fed. R. Civ. P. 26(b)(5)(A). Order at 6. As of August 7, 2020, 48,339 documents have been batched for review in the DOJ document review platform. 5,734 of those documents have been reviewed and 119 are listed on the privilege log.[1] In addition, several documents have been identified that contain third party equities and which Defendants expect to include in future installments of the privilege log after consulting with the appropriate third parties.

Dated: August 7, 2020

Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM D. HYSLOP
United States Attorney

ALEXANDER K. HAAS
Branch Director

---

[1] In percentage terms, roughly 11.9% of the batched documents have been reviewed. As noted above, additional documents may be added to the review platform.

REPORT PURSUANT TO
MAY 13, 2020 ORDER
NO. 4:19-CV-05210-RMP

2

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

     */s/ Joshua M. Kolsky*
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
JASON C. LYNCH
JORDAN L. VON BOKERN
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-7664
Fax: (202) 616-8460
Joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

REPORT PURSUANT TO
MAY 13, 2020 ORDER
NO. 4:19-CV-05210-RMP

3

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 7, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

                                      */s/ Joshua Kolsky*
                                      JOSHUA KOLSKY
                                      United States Department of Justice
                                      Civil Division, Federal Programs Branch
                                      1100 L Street, NW
                                      Washington, D.C. 20005

                                      *Attorney for Defendants*