1  JEFFREY BOSSERT CLARK
   Acting Assistant Attorney General
2  WILLIAM D. HYSLOP
   United States Attorney
3  ALEXANDER K. HAAS
   Branch Director
4  ERIC J. SOSKIN
   Senior Trial Counsel
5  KERI L. BERMAN
   KUNTAL V. CHOLERA
6  JOSHUA M. KOLSKY, DC Bar No. 993430
   JASON C. LYNCH
7  Trial Attorneys
8  United States Department of Justice
   Civil Division, Federal Programs Branch
9
   *Attorneys for Defendants*
10

11            **UNITED STATES DISTRICT COURT**
            **EASTERN DISTRICT OF WASHINGTON**
12                    **AT SPOKANE**

13  STATE OF WASHINGTON, *et al.*,

14                 Plaintiffs,              No. 4:19-cv-5210-RMP

15            v.                            REPORT PURSUANT TO MAY 13,
                                            2020 ORDER
16  UNITED STATES DEPARTMENT OF
17  HOMELAND SECURITY, *et al.*,

18                 Defendants

19

20

21

22

1    Defendants respectfully submit this report pursuant to the Court's May 13, 2020

2    Order Denying in Part and Granting in Part Defendants' Motion to Stay Discovery Order

3    re: Privilege Log ("Order").  ECF No. 219.  The Court ordered Defendants to produce a

4    privilege log pertaining to Defendants' administrative record on a rolling basis starting

5    on June 12, 2020.  *Id*. at 6.  The Court further ordered Defendants to make reports to the

6    Court and Plaintiffs every other Friday, on their progress toward completion of the

7    privilege log.  *Id*.

8    **Notifying Custodians of Obligation to Preserve Documents**

9    First, the Court ordered Defendants to report on their progress in "notifying

10   potential custodians of their obligation to preserve potentially relevant documents, even

11   if assertedly privileged[.]"  Order at 6.  As discussed in Defendants' June 12, 2020 report,

12   Defendants have notified all potential custodians of their obligation to preserve

13   potentially relevant documents, even if assertedly privileged.

14   **Segregating Privileged Documents for Review**

15   Second, the Court ordered Defendants to report on their progress in "segregating

16   all assertedly privileged documents for review."  Order at 6.

17   Defendants previously reported that all email records for all custodians have been

18   collected and batched for review by the Department of Justice.  This week, however,

19   USCIS identified additional emails for one custodian (Kathy Nuebel-Kovarik) that had

20   not previously been collected due to an error in the search used to collect her documents

21   previously.  Those additional emails have been collected and provided to the Department

22   of Justice, where they are being processed for inclusion in the review database.

Although email records are expected to constitute the vast majority of documents subject to the Court's Order, Defendants are also working to collect non-email electronic documents and paper documents, if any, that do not also exist in electronic form.  At this time, due to the COVID-19 crisis and the telework status of most agency personnel, Defendants cannot determine whether there are any paper documents that will need to be collected, as those documents are physically located in agency offices and are therefore currently inaccessible.

**Logging Privileged Documents**

Third, the Court ordered Defendants to report on their progress in logging privileged documents pursuant to Fed. R. Civ. P. 26(b)(5)(A).  Order at 6.  As of October 2, 2020, 48,339 documents have been batched for review in the DOJ document review platform.

As of two weeks ago, 15,765 of those documents had been reviewed.  Since that time, USCIS has committed substantial additional resources to accelerate progress on the document review.  Specifically, USCIS assigned many agency attorneys to a temporary detail to conduct an initial review of the remaining administrative record documents.  As of October 2, 2020, 47,926 of the documents have undergone an initial review.[1] Defendants expect that less than 10,000 of the documents will require second level review to make further determinations about whether the records fall within the scope of the

---

[1] In percentage terms, roughly 99.1% of the batched documents have undergone initial review.  As noted above, additional documents may be added to the review platform.

REPORT PURSUANT TO
MAY 13, 2020 ORDER
NO. 4:19-CV-05210-RMP

2

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

1   Court's order and to make privilege determinations.  The documents awaiting second

2   level review include many documents that contain third party equities and which

3   Defendants expect to include in future installments of the privilege log after consulting

4   with the appropriate third parties.  208 documents are currently listed on the privilege

5   log.

6

7   Dated: October 2, 2020                    Respectfully submitted,

8                                             JEFFREY BOSSERT CLARK
9                                             Acting Assistant Attorney General

10                                            WILLIAM D. HYSLOP
                                              United States Attorney
11
                                              ALEXANDER K. HAAS
12                                            Branch Director

13                                            ___/s/ Joshua M. Kolsky_____
14                                            ERIC J. SOSKIN
                                              Senior Trial Counsel
15                                            KERI L. BERMAN
                                              KUNTAL V. CHOLERA
16                                            JOSHUA M. KOLSKY, DC Bar No. 993430
                                              JASON C. LYNCH
17                                            Trial Attorneys
                                              United States Department of Justice
18                                            Civil Division, Federal Programs Branch
                                              1100 L Street NW
19                                            Washington, D.C. 20005
                                              Tel: (202) 305-7664
20                                            Fax: (202) 616-8460
                                              Joshua.kolsky@usdoj.gov
21
22                                            *Attorneys for Defendants*

1

### CERTIFICATE OF SERVICE

2

3        I hereby certify that on October 2, 2020, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such

4        filing to all users receiving ECF notices for this case.

5
                                        */s/ Joshua Kolsky*
6                                        JOSHUA KOLSKY
                                        United States Department of Justice
7                                        Civil Division, Federal Programs Branch
                                        1100 L Street, NW
8                                        Washington, D.C. 20005

9                                        *Attorney for Defendants*

10

11

12

13

14

15

16

17

18

19

20

21

22