UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF WASHINGTON; et al.,

               Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; et al.,

               Defendants - Appellants.

No. 19-35914

D.C. No. 4:19-cv-05210-RMP
U.S. District Court for Eastern Washington, Richland

**ORDER**

The amicus brief submitted on January 24, 2020 by Health Law Advocates, Inc. is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kevin Wing Gee
Deputy Clerk
Ninth Circuit Rule 27-7