JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
WILLIAM D. HYSLOP
United States Attorney
ALEXANDER K. HAAS
Branch Director
ERIC J. SOSKIN
Senior Trial Counsel
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON
# AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | No. 4:19-cv-5210-RMP |
| v. | NOTICE OF SUPPLEMENTAL AUTHORITY |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants | |

NOTICE OF SUPPL. AUTHORITY

U.S. DEPARTMENT OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 353-0533

Defendants respectfully submit this notice to inform the Court of a recent decision by the U.S. District Court for the Northern District of Illinois that is relevant to Plaintiff's Motion to Compel Documents Withheld Under Deliberative Process Privilege, ECF No. 255. The decision was issued in a case involving a parallel challenge to the same Department of Homeland Security rule (the "Rule") that is at issue here.

In *Cook County v. Wolf*, No. 19-6334, ECF No. 235 (N.D. Ill. Dec. 15, 2020), attached hereto as Exhibit A, the court denied the plaintiff's request to order Defendants to produce all documents withheld in that case under the deliberative process privilege. The plaintiff argued, as do Plaintiffs here, "that the privilege is categorically unavailable in this case because DHS's motivation for promulgating the Rule lies at the heart of the equal protection claim." *Id*. at 2. And the plaintiffs relied heavily, as do Plaintiffs here, on *In re Subpoena Duces Tecum Served on Office of Comptroller of Currency*, 145 F.3d 1422 (D.C. Cir. 1998), modified on reh'g, 156 F.3d 1279 (D.C. Cir. 1998).

The *Cook County* court, however, rejected the plaintiffs' argument and held that "the question 'whether an exception [to a privilege] applies must be addressed and resolved one lawsuit—indeed, one document—at a time.'" Ex. A at 3 (quoting *United States v. Zingsheim*, 384 F.3d 867, 872 (7th Cir. 2004)). The court stated that it will determine "on a document-by-document basis, whether to sustain or overrule DHS's assertions of the deliberative process privilege." Ex. A at 4.

The decision in *Cook County* is now the second ruling to deny a request to hold the

deliberative process privilege categorically inapplicable in litigation relating to the Rule. *See also New York v. U.S. Dep't of Homeland Sec.*, No. 19-cv-7777, Order at 2 (S.D.N.Y. Oct. 23, 2020).

| | |
|---|---|
| Dated: December 18, 2020 | Respectfully submitted, |
| | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General |
| | WILLIAM D. HYSLOP<br>United States Attorney |
| | ALEXANDER K. HAAS<br>Branch Director |
| | *s/ Joshua Kolsky*<br>ERIC J. SOSKIN<br>Senior Trial Counsel<br>KERI L. BERMAN<br>KUNTAL V. CHOLERA<br>JOSHUA M. KOLSKY, DC Bar No. 993430<br>Trial Attorneys<br>United States Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street NW<br>Washington, D.C. 20005<br>Tel: (202) 305-7664<br>Fax: (202) 616-8470<br>joshua.kolsky@usdoj.gov |
| | Attorneys for Defendants |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

*/s/ Joshua Kolsky*

United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

Attorney for Defendants