MICHAEL D. GRANSTON
Deputy Assistant Attorney General
WILLIAM D. HYSLOP
United States Attorney
ALEXANDER K. HAAS
Branch Director
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
JASON C. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### AT SPOKANE

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | No. 4:19-cv-5210-RMP |
| v. | JOINT STATUS REPORT |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants | |

The parties respectfully submit this Joint Status Report pursuant to the Court's February 5, 2021 Order. As Defendants reported previously, on February 2, 2021, the President issued an Executive Order addressing issues pertinent to this action, titled Executive Order on Restoring Faith in Our Legal Immigration Systems and Strengthening Integration and Inclusion Efforts for New Americans.[1] The Executive Order directs heads of relevant agencies, including the Secretary of Homeland Security, to review agency actions related to implementation of the public charge ground of inadmissibility, 8 U.S.C. § 1182(a)(4)(A), in light of the policy set forth in the Executive Order and certain other considerations. Defendants report that, pursuant to the Executive Order, the Department of Homeland Security is reviewing the rule that is the subject of this lawsuit.

On February 16, 2021, the parties conferred by phone about the Executive Order and Defendants' counsel proposed a temporary stay of the litigation. On February 17, 2021, Defendants proposed a 60-day stay of the litigation, until April 20, 2021, to allow DHS to focus its resources on the review process required by the Executive Order. Also, given the possibility that DHS's review may impact this lawsuit, Defendants submit that a time-limited stay could avoid expenditures of resources by the parties and the Court that could later become unnecessary. Defendants further proposed that the parties file a joint status report on April 27, 2021, one week after the expiration of the proposed stay.

Plaintiffs request leave to submit a follow-up Joint Status Report in one week, on February 24, 2020, in order to confer amongst the fourteen multistate partners regarding Defendants' proposal and to determine whether to request a trial scheduling conference.

---

[1] 86 Fed. Reg. 8,277 (published Feb. 5, 2021).

| | | |
|---|---|---|
| JOINT STATUS REPORT<br>NO. 4:19-CV-05210-RMP | 1 | U.S. DEP'T OF JUSTICE<br>1100 L St. NW, Washington, DC, 20003<br>(202) 305-7664 |

1  The Court's February 5, 2021 Order also asked the parties to indicate whether they
2  are ready to proceed to a trial scheduling conference.  At this time, the parties do not
3  request a trial scheduling conference, but Plaintiffs will provide their position on a trial
4  scheduling conference in the February 24, 2021 follow-up Joint Status Report.

Dated: February 19, 2021	Respectfully submitted,

MICHAEL D. GRANSTON
Deputy Assistant Attorney General

WILLIAM D. HYSLOP
United States Attorney

ALEXANDER K. HAAS
Branch Director

  /s/ Joshua M. Kolsky
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY, DC Bar No. 993430
JASON C. LYNCH
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 305-7664
Fax: (202) 616-8460
joshua.kolsky@usdoj.gov

*Attorneys for Defendants*

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Paul M. Crisalli*
JEFFREY T. SPRUNG, WSBA #23607
PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
BRYAN M.S. OVENS, WSBA #32901
SPENCER W. COATES, WSBA #49683
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Jeff.Sprung@atg.wa.gov
Paul.Crisalli@atg.wa.gov
Nathan.Bays@atg.wa.gov
Bryan.Ovens@atg.wa.gov
Spencer.Coates@atg.wa.gov
Attorneys for Plaintiff State of Washington

Case 4:19-cv-05210-RMP    ECF No. 287    filed 02/19/21    PageID.6484    Page 5 of 5

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

／s/ Joshua Kolsky
JOSHUA KOLSKY
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

*Attorney for Defendants*