MICHAEL D. GRANSTON
Deputy Assistant Attorney General
WILLIAM D. HYSLOP
United States Attorney
ALEXANDER K. HAAS
Branch Director
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY
JASON C. LYNCH
ALEXANDRA R. SASLAW, DC Bar No. 1618175
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**
**AT SPOKANE**

| | |
|---|---|
| STATE OF WASHINGTON, *et al.*, | |
| Plaintiffs, | No. 4:19-cv-5210-RMP |
| v. | JOINT STATUS REPORT |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| Defendants | |

The parties respectfully submit this Joint Status Report pursuant to the Court's March 11, 2021 Order. *See* Order, ECF No. 294. At the time of the parties' previous Joint Status Report on March 11, 2021, Defendants expressed their belief that the remaining claims in this case should be dismissed in light of recent developments set out in that Report, including the operative vacatur of the 2019 Rule. *See* Jt. Status Rep., ECF No. 293. Plaintiffs opposed dismissal of their claims in light of a pending motion by the State of Arizona to intervene in the Ninth Circuit cases. *Id*. The parties therefore agreed to request a 30-day continuation of the stay of all claims in this matter pending the resolution of Arizona's motion.

The Ninth Circuit denied the motion to intervene on April 8, 2021. *See* ECF No. 296. With that motion resolved, Defendants continue to believe that the remaining claims in this case should be dismissed. Plaintiffs require additional time to decide how to proceed in light of the Ninth Circuit's ruling. Thus, the parties agreed to request a 10-day continuation of the stay of all claims in this matter. The parties propose to file a further status report on Thursday, April 22, 2021.

Dated: April 12, 2021                    Respectfully submitted,

                                                MICHAEL D. GRANSTON
                                                Deputy Assistant Attorney General

                                                WILLIAM D. HYSLOP
                                                United States Attorney

                                                ALEXANDER K. HAAS

JOINT STATUS REPORT             1            U.S. DEP'T OF JUSTICE
                                                                   1100 L St. NW, Washington, DC, 20003
NO. 4:19-CV-05210-RMP                                                       (202) 305-7664

Branch Director

*/s/ Alexandra R. Saslaw*
KERI L. BERMAN
KUNTAL V. CHOLERA
JOSHUA M. KOLSKY
JASON C. LYNCH
ALEXANDRA R. SASLAW, DC Bar No. 1618175
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel: (202) 514-4520
alexandra.r.saslaw@usdoj.gov

*Attorneys for Defendants*

ROBERT W. FERGUSON
Attorney General of Washington

*/s/ Jeffrey T. Sprung*
JEFFREY T. SPRUNG, WSBA #23607
PAUL M. CRISALLI, WSBA #40681
NATHAN K. BAYS, WSBA #43025
SPENCER W. COATES, WSBA #49683
BRYAN M.S. OVENS, WSBA #32901
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, WA  98104-3188
(206) 464-7744
Jeff.Sprung@atg.wa.gov
Nathan.Bays@atg.wa.gov
Spencer.Coates@atg.wa.gov
Bryan.Ovens@atg.wa.gov
*Attorneys for Plaintiff State of Washington*

MARK R. HERRING
Attorney General of Virginia

*/s/ Michelle S. Kallen*
MICHELLE S. KALLEN, VSB #93286
Deputy Solicitor General
RYAN SPREAGUE HARDY, VSB #78558
ALICE ANNE LLOYD, VSB #79105
MAMOONA H. SIDDIQUI, VSB #46455
Assistant Attorneys General
Office of the Attorney General
202 North Ninth Street
Richmond, VA  23219
(804) 786-7240
MKallen@oag.state.va.us
RHardy@oag.state.va.us
ALloyd@oag.state.va.us
MSiddiqui@oag.state.va.us
SolicitorGeneral@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*


PHIL WEISER
Attorney General of Colorado

*/s/ Eric R. Olson*
ERIC R. OLSON, #36414
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508 6548
Eric.Olson@coag.gov
*Attorneys for Plaintiff State of Colorado*


KATHLEEN JENNINGS
Attorney General of Delaware

```
                        /s/ Christian Douglas Wright
                        CHRISTIAN DOUGLAS WRIGHT, DE #3554
                        Director of Impact Litigation
                        VANESSA L. KASSAB, DE #5612
                        Deputy Attorney General
                        Delaware Department of Justice
                        820 N. French Street, 5th Floor
                        Wilmington, DE  19801
                        christian.wright@delaware.gov
                        vanessa.kassab@delaware.gov
                        Attorneys for Plaintiff the State of Delaware


                        KWAME RAOUL
                        Attorney General of Illinois

                        /s/ Liza Roberson-Young
                        LIZA ROBERSON-YOUNG, #6293643
                        Public Interest Counsel
                        Office of the Illinois Attorney General
                        100 West Randolph Street, 11th Floor
                        Chicago, IL  60601
                        (312) 814-5028
                        ERobersonYoung@atg.state.il.us
                        Attorney for Plaintiff State of Illinois


                        CLARE E. CONNORS
                        Attorney General of Hawai'i

                        /s/ Lili A. Young
                        LILI A. YOUNG, #5886
                        Deputy Attorney General
                        Department of the Attorney General
                        425 Queen Street
                        Honolulu, HI  96813
                        (808) 587-3050
                        Lili.A.Young@hawaii.gov
```

*Attorneys for Plaintiff State of Hawai'i*

BRIAN E. FROSH
Attorney General of Maryland

*/s/ Jeffrey P. Dunlap*
JEFFREY P. DUNLAP, #1812100004
Assistant Attorney General
200 St. Paul Place
Baltimore, MD  21202
T: (410) 576-7906
F: (410) 576-6955
JDunlap@oag.state.md.us
*Attorneys for Plaintiff State of Maryland*

MAURA HEALEY
Attorney General of Commonwealth of Massachusetts

*/s/ Abigail B. Taylor*
ABIGAIL B. TAYLOR, #670648
Chief, Civil Rights Division
DAVID UREÑA, #703076
Special Assistant Attorney General
ANGELA BROOKS, #663255
Assistant Attorney General
Office of the Massachusetts Attorney General
One Ashburton Place
Boston, MA  02108
(617) 963-2232
abigail.taylor@mass.gov
david.urena@mass.gov
angela.brooks@mass.gov
*Attorneys for Plaintiff Commonwealth of Massachusetts*

DANA NESSEL
Attorney General of Michigan

*/s/Toni L. Harris*
FADWA A. HAMMOUD, #P74185
Solicitor General
TONI L. HARRIS, #P63111
First Assistant Attorney General
Michigan Department of Attorney General
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603 (main)
HarrisT19@michigan.gov
Hammoudf1@michigan.gov
*Attorneys for the People of Michigan*


KEITH ELLISON
Attorney General of Minnesota

*/s/ R.J. Detrick*
R.J. DETRICK
Assistant Attorney General
Atty. Reg. No. 0395336
445 Minnesota Street, Suite 1400
St. Paul, MN  55101-2131
(651) 757-1489 (Voice)
(651) 282-5832 (Fax)
rj.detrick@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*


AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*

|   |   |
|---|---|
| 1 | HEIDI PARRY STERN, #8873 |
|   | Solicitor General |
| 2 | Office of the Nevada Attorney General |
|   | 555 E. Washington Avenue, Suite 3900 |
| 3 | Las Vegas, NV  89101 |
|   | HStern@ag.nv.gov |
| 4 | *Attorneys for Plaintiff State of Nevada* |

GURBIR S. GREWAL
Attorney General of New Jersey

*/s/ Marie Soueid*
MARIE SOUEID, NJ #146849240
Deputy Attorney General
Office of the Attorney General
Richard J. Hughes Justice Complex
25 Market Street, 1st Floor, West Wing
Trenton, NJ  08625-0080
(609) 376-2564
Marie.Soueid@law.njoag.gov
*Attorneys for Plaintiff State of New Jersey*


HECTOR BALDERAS
Attorney General of New Mexico

*/s/ Tania Maestas*
TANIA MAESTAS, #20345
Chief Deputy Attorney General
P.O. Drawer 1508
Santa Fe, NM  87504-1508
tmaestas@nmag.gov
*Attorneys for Plaintiff State of New Mexico*


PETER F. NERONHA
Attorney General of Rhode Island

*/s/ Lauren E. Hill*
LAUREN E. HILL, #9830

JOINT STATUS REPORT

NO. 4:19-CV-05210-RMP

7

U.S. DEP'T OF JUSTICE
1100 L St. NW, Washington, DC, 20003
(202) 305-7664

Special Assistant Attorney General
Office of the Attorney General
150 South Main Street
Providence, RI  02903
(401) 274-4400 x 2038
E-mail:  lhill@riag.ri.gov
*Attorneys for Plaintiff State of Rhode Island*

# CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

*/s/ Alexandra R. Saslaw*
ALEXANDRA R. SASLAW
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005

*Attorney for Defendants*