1   MICHAEL D. GRANSTON
    Deputy Assistant Attorney General
2   WILLIAM D. HYSLOP
    United States Attorney
3   ALEXANDER K. HAAS
    Branch Director
4   KERI L. BERMAN
    KUNTAL V. CHOLERA
5   JOSHUA M. KOLSKY
    JASON C. LYNCH
6   ALEXANDRA R. SASLAW, DC Bar No. 1618175
    Trial Attorneys
7   United States Department of Justice
    Civil Division, Federal Programs Branch
8

9   *Attorneys for Defendants*

10

11              **UNITED STATES DISTRICT COURT**
              **EASTERN DISTRICT OF WASHINGTON**
12                    **AT SPOKANE**

13  STATE OF WASHINGTON, *et al.*,

14                Plaintiffs,                No. 4:19-cv-5210-RMP

15          v.                              JOINT STATUS REPORT

16  UNITED STATES DEPARTMENT OF
    HOMELAND SECURITY, *et al.*,
17

18                Defendants

19

20

21

22

1    The parties respectfully submit this Joint Status Report pursuant to the Court's

2    April 14, 2021 Order.  In the Joint Status Report filed March 11, 2021, the parties agreed

3    to stay all claims in this case while the Ninth Circuit considered a motion to intervene

4    filed by the State of Arizona.  *See* ECF No. 297; *see also* Mot. to Intervene, *Washington*

5    *v. U.S. Dep't of Homeland Sec.*, No. 19-35914 (9th Cir. Mar. 10, 2021).  While the case

6    was stayed, fourteen states filed an Application for Leave to Intervene and for a Stay of

7    the Judgment Issued by the United States District Court for the Northern District of

8    Illinois in the Supreme Court in another action challenging the 2019 Rule.  *See*

9    Application (20A150), No. 20-3150, *Texas v. Cook County, Ill.* (U.S. Mar. 19, 2021).  On

10    April 8, 2021, the Ninth Circuit denied Arizona's motion to intervene.  *See* ECF No. 296.

11    In their last Joint Status Report filed on April 12, 2021, the parties requested that

12    the stay in this case be extended for ten days to allow Plaintiffs sufficient time to decide

13    how to proceed in light of the Ninth Circuit's ruling.  ECF No. 297.  At this juncture, with

14    the pending Application for Leave to Intervene in the Supreme Court, and time remaining

15    for Arizona to seek review of the Ninth Circuit's ruling on its motion to intervene,

16    Plaintiffs oppose dismissal of any of their claims.  Thus, the parties agree to request that

17    all remaining claims in this case be stayed or held in abeyance until (1) the Supreme Court

18    rules on the pending Application (20A15)), and (2) Arizona's time to seek review of the

19    Ninth Circuit's denial of the motion to intervene elapses, or the Supreme Court rules on

20    any such appeal.  The parties propose to file a further status report in 90 days and in 90-

21    day increments thereafter until these conditions are satisfied.

22

1 Dated: April 22, 2021                    Respectfully submitted,

2 ROBERT W. FERGUSON                        MICHAEL D. GRANSTON
3 Attorney General of Washington            Deputy Assistant Attorney General

4 */s/ Jeffrey T. Sprung*                   WILLIAM D. HYSLOP
  JEFFREY T. SPRUNG, WSBA #23607            United States Attorney
5 PAUL M. CRISALLI, WSBA #40681
  NATHAN K. BAYS, WSBA #43025               ALEXANDER K. HAAS
6 SPENCER W. COATES, WSBA #49683            Branch Director
  BRYAN M.S. OVENS, WSBA #32901
7 Assistant Attorneys General
8 800 Fifth Avenue, Suite 2000             */s/ Alexandra R. Saslaw*
  Seattle, WA  98104-3188                   KERI L. BERMAN
9 (206) 464-7744                            KUNTAL V. CHOLERA
  Jeff.Sprung@atg.wa.gov                    JOSHUA M. KOLSKY
10 Nathan.Bays@atg.wa.gov                   JASON C. LYNCH
  Spencer.Coates@atg.wa.gov                 ALEXANDRA R. SASLAW, DC Bar
11 Bryan.Ovens@atg.wa.gov                   No. 1618175
12 *Attorneys for Plaintiff State of*
   *Washington*                             Trial Attorneys
13                                          United States Department of Justice
                                            Civil Division, Federal Programs Branch
14 MARK R. HERRING                          1100 L Street NW
   Attorney General of Virginia            Washington, D.C. 20005
15                                          Tel: (202) 514-4520
   */s/ Michelle S. Kallen*                 alexandra.r.saslaw@usdoj.gov
16 MICHELLE S. KALLEN, VSB #93286
17 Deputy Solicitor General                 *Attorneys for Defendants*
   JESSICA MERRY SAMUELS,
18 VSB #89537
   RYAN SPREAGUE HARDY,
19 VSB #78558
   ALICE ANNE LLOYD, VSB #79105
20 Assistant Attorneys General
   Office of the Attorney General
21 202 North Ninth Street
22 Richmond, VA  23219

(804) 786-7240
MKallen@oag.state.va.us
JSamuels@oag.state.va.us
RHardy@oag.state.va.us
ALloyd@oag.state.va.us
SolicitorGeneral@oag.state.va.us
*Attorneys for Plaintiff Commonwealth of Virginia*

PHIL WEISER
Attorney General of Colorado

*/s/ Eric R. Olson*
ERIC R. OLSON, #36414
Solicitor General
Office of the Attorney General
Colorado Department of Law
1300 Broadway, 10th Floor
Denver, CO  80203
(720) 508 6548
Eric.Olson@coag.gov
Attorneys for Plaintiff State of Colorado

KATHLEEN JENNINGS
Attorney General of Delaware

*/s/ Christian Douglas Wright*
CHRISTIAN DOUGLAS WRIGHT,
DE #3554
Director of Impact Litigation
VANESSA L. KASSAB, DE #5612
Deputy Attorney General
Delaware Department of Justice
820 N. French Street, 5th Floor
Wilmington, DE  19801
christian.wright@delaware.gov
vanessa.kassab@delaware.gov

*Attorneys for Plaintiff the State of Delaware*

KWAME RAOUL
Attorney General of Illinois

*/s/ Liza Roberson-Young*
LIZA ROBERSON-YOUNG, #6293643
Public Interest Counsel
Office of the Illinois Attorney General
100 West Randolph Street, 11th Floor
Chicago, IL  60601
(312) 814-5028
ERobersonYoung@atg.state.il.us
*Attorney for Plaintiff State of Illinois*

CLARE E. CONNORS
Attorney General of Hawai'i

*/s/ Lili A. Young*
LILI A. YOUNG, #5886
Deputy Attorney General
Department of the Attorney General
425 Queen Street
Honolulu, HI  96813
(808) 587-3050
Lili.A.Young@hawaii.gov
*Attorneys for Plaintiff State of Hawai'i*

BRIAN E. FROSH
Attorney General of Maryland

*/s/ Jeffrey P. Dunlap*
JEFFREY P. DUNLAP, #1812100004
Assistant Attorney General
200 St. Paul Place

1  Baltimore, MD  21202
   T: (410) 576-7906
2  F: (410) 576-6955
   JDunlap@oag.state.md.us
3  *Attorneys for Plaintiff State of Maryland*

4

5  MAURA HEALEY
   Attorney General of Commonwealth of
   Massachusetts
6

7  */s/ Abigail B. Taylor*
   ABIGAIL B. TAYLOR, #670648
8  Chief, Civil Rights Division
   DAVID UREÑA, #703076
9  Special Assistant Attorney General
   ANGELA BROOKS, #663255
10 Assistant Attorney General
   Office of the Massachusetts
11 Attorney General
   One Ashburton Place
12 Boston, MA  02108
   (617) 963-2232
13 abigail.taylor@mass.gov
   david.urena@mass.gov
14 angela.brooks@mass.gov
   *Attorneys for Plaintiff Commonwealth of*
15 *Massachusetts*

16

17 DANA NESSEL
   Attorney General of Michigan
18

19 */s/Toni L. Harris*
   FADWA A. HAMMOUD, #P74185
20 Solicitor General
   TONI L. HARRIS, #P63111
21 First Assistant Attorney General

22

Michigan Department of
Attorney General
P.O. Box 30758
Lansing, MI  48909
(517) 335-7603 (main)
HarrisT19@michigan.gov
Hammoudf1@michigan.gov
*Attorneys for the People of Michigan*


KEITH ELLISON
Attorney General of Minnesota

*/s/ R.J. Detrick*
R.J. DETRICK
Assistant Attorney General
Atty. Reg. No. 0395336
445 Minnesota Street, Suite 1400
St. Paul, MN  55101-2131
(651) 757-1489 (Voice)
(651) 282-5832 (Fax)
rj.detrick@ag.state.mn.us
*Attorneys for Plaintiff State of Minnesota*


AARON D. FORD
Attorney General of Nevada

*/s/ Heidi Parry Stern*
HEIDI PARRY STERN, #8873
Solicitor General
Office of the Nevada Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV  89101
HStern@ag.nv.gov
*Attorneys for Plaintiff State of Nevada*

1  GURBIR S. GREWAL
   Attorney General of New Jersey

2  */s/ Marie Soueid*
3  MARIE SOUEID, NJ #146849240
   Deputy Attorney General
4  Office of the Attorney General
   Richard J. Hughes Justice Complex
5  25 Market Street, 1st Floor, West Wing
   Trenton, NJ  08625-0080
6  (609) 376-2564
7  Marie.Soueid@law.njoag.gov
   *Attorneys for Plaintiff State of New Jersey*

8

9  HECTOR BALDERAS
   Attorney General of New Mexico

10
   */s/ Tania Maestas*
11 TANIA MAESTAS, #20345
   Chief Deputy Attorney General
12 P.O. Drawer 1508
   Santa Fe, NM  87504-1508
13 tmaestas@nmag.gov
14 *Attorneys for Plaintiff State of*
   *New Mexico*
15

16
   PETER F. NERONHA
17 Attorney General of Rhode Island

18 */s/ Lauren E. Hill*
   LAUREN E. HILL, #9830
19 Special Assistant Attorney General
   Office of the Attorney General
20 150 South Main Street
   Providence, RI  02903
21 (401) 274-4400 x 2038
22 E-mail:  lhill@riag.ri.gov

JOINT STATUS REPORT                    7                    U.S. DEP'T OF JUSTICE
                                                            1100 L St. NW, Washington, DC, 20003
NO. 4:19-CV-05210-RMP                                       (202) 305-7664

1    *Attorneys for Plaintiff State of*
      *Rhode Island*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 22, 2021 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all users receiving ECF notices for this case.

          */s/ Alexandra R. Saslaw*
          ALEXANDRA R. SASLAW
          United States Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street, NW
          Washington, D.C. 20005

          *Attorney for Defendants*