UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 03 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

STATE OF WASHINGTON; et al.,

        Plaintiffs - Appellees,

 v.

U.S. DEPARTMENT OF HOMELAND SECURITY, a federal agency; et al.,

        Defendants - Appellants.

No. 19-35914

D.C. No. 4:19-cv-05210-RMP
U.S. District Court for Eastern Washington, Richland

**MANDATE**

The judgment of this Court, entered December 02, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: David J. Vignol
        Deputy Clerk
        Ninth Circuit Rule 27-7