FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 01, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATE DEPARTMENT OF HOMELAND SECURITY, a federal agency, et al.,<br><br>　　　　　　Defendants. | NO:  4:19-CV-5210-RMP<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal without Prejudice, ECF No. 326.  Having reviewed the Stipulation and the record, the Court finds good cause to approve dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, **IT IS HEREBY ORDERED**:

1. The Stipulation of Dismissal without Prejudice, **ECF No. 326**, is **APPROVED**.

2. Plaintiffs' Amended Complaint is dismissed without prejudice and without fees or costs to any party.

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 1

1      3. All pending motions, if any, are **DENIED AS MOOT**.

2      4. All scheduled court hearings, if any, are **STRICKEN**.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal without prejudice, provide copies to counsel, and **close this case**.

**DATED** March 1, 2023.

                *s/ Rosanna Malouf Peterson*
              ROSANNA MALOUF PETERSON
              Senior United States District Judge

ORDER OF DISMISSAL WITHOUT PREJUDICE ~ 2